United States District Court
Southern District of Texas
**ENTERED**
December 13, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL ACTION NO. H–18-339 |
| § | |
| Dustin Curry (1) § | |
| Clint Carr (2) § | |
| Hassan Barnes (3) § | |
| Frasiel Hughey (4) § | |

## ORDER

Pending before the Court is a motion filed by Defendant Clint Carr (1) for continuance of the trial setting to which all Co-Defendants pending trial are unopposed. In accordance with 18 U.S.C. § 3161, the basis for the continuance is the finding that the ends of justice served in granting such continuance outweigh the best interests of the public and the Defendants in a speedy trial.

The Court finds that, pursuant to 18 U.S.C. § 3161, a failure to grant continuance in this case would deny counsel for the Defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence and would thereby result in a miscarriage of justice for the Defendants.

The Defendant recites that there has been inadequate time to sufficiently prepare for trial. Denial of the reasonable time necessary for effective trial preparation is expressly enunciated in 18 U.S.C. § 3161 as a factor in determining that a continuance in the ends of justice would outweigh the public's interest in a speedy trial.

**IT IS HEREBY ORDERED** that the Defendant's motion for continuance is **GRANTED**. A period of excludable delay shall commence from <u>December 12, 2019</u>, pursuant to 18 U.S.C.

§ 3161, and end upon the start of trial.

Motions shall be filed by: __FEB 21 2020__

Responses shall be filed by: __MARCH 13, 2020__

Proposed Voir Dire and Jury Charge shall be filed by: __April 7, 2020__.

Jury Trial will be held on __April 13, 2020__. at __1:00 p.m__

    **SIGNED** on this the 13th day of December, 2019.

                                              SIM LAKE
                                   UNITED STATES DISTRICT JUDGE