UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  Criminal No.: H-18-CR-00339 |
| DUSTIN CURRY, CLINT CARR, HASSAN BARNES, FRASIEL HUGHEY, LISA JONES, and DARIUS TYLER, | ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF LAW FIRM NAME CHANGE

Please take notice that Gregor Cassidy Wynne, PLLC is now Gregor Wynne Arney, PLLC.

Dated: February 21, 2020

Respectfully submitted,

GREGOR | WYNNE | ARNEY, PLLC

By: */s/ Michael Wynne*
Michael Wynne
Attorney at Law
State Bar No. 00785289
909 Fannin Street
Ste. 3800
Houston, TX 77010
Telephone: (281) 450-7403
mwynne@gcfirm.com

**COUNSEL FOR DEFENDANT CLINT CARR**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document was served upon counsel of record on this 21st day of February, 2020.

By: */s/ Michael J. Wynne*
Michael J. Wynne