IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CASE NO. 4:18-cr-00339

UNITED STATES OF AMERICA

vs.

DUSTIN CURRY,
CLINT CARR,
HASSAN BARNES, and
FRASIEL HUGHEY,

          Defendants.
_____/

## (PROPOSED) ORDER

Having considered the United States' Motion for Authorization to Release Four Telephone Recordings Subject to Privilege Assertion, and for good cause shown,

**IT IS HEREBY ORDERED THAT** the United States' motion is **GRANTED.**

**IT IS FURTHER ORDERED THAT** the Filter Team is authorized to release to the Prosecution Team the four Subject Recordings referenced in the United States' Motion.

**IT IS SO ORDERED** this the ____ day of _____, 2021.

_____
THE HONORABLE_____