United States District Court
Southern District of Texas
**ENTERED**
December 30, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CRIMINAL NUMBER H-18-339-02 |
| | § | |
| CLINT CARR, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Having carefully considered defendant Clint Carr's Opposed Motion for *Daubert* Hearing (Docket Entry No. 173), Opposed Motion in Limine (Docket Entry No. 174), Defendant Clint Carr's Opposed *Bruton* Motion to Exclude Pre-trial Statements of Co-defendants (Docket Entry No. 175), Defendant Clint Carr's Opposed Motion for *Kastigar* Hearing (Docket Entry No. 176), and the United States' Omnibus Response to Defendant Carr's Pretrial Motions (Docket Entry No. 179), the court concludes that Clint Carr's Opposed Motion for *Daubert* Hearing (Docket Entry No. 173), Opposed Motion in Limine (Docket Entry No. 174), and Defendant Clint Carr's Opposed Motion for *Kastigar* Hearing (Docket Entry No. 176), should be and are hereby **DENIED**; and that Defendant Clint Carr's Opposed *Bruton* Motion to Exclude Pre-trial Statements of Co-defendants (Docket

Entry No. 175) is **GRANTED** as to statements made by Dustin Curry during a proffer session with the United States and is otherwise **DENIED**.

**SIGNED** at Houston, Texas, on this 30th day of December, 2021.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE