# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | **Criminal No: 18-CR-339** |
| | § | |
| | § | **SIM LAKE** |
| **v.** | § | **District Judge** |
| | § | |
| **CLINT CARR,** | § | **Sheila Anderson** |
| **HASSAN BARNES, and** | § | **Case Manager** |
| **FRAISEL HUGHEY,** | § | |
| | § | **Lanie Smith** |
| | § | **Court Reporter** |
| **Defendants.** | § | |
| | § | **Jury Trial** |
| | § | **PROCEEDING** |
| | § | |
| | § | **Government** |
| | § | **EXHIBIT LIST OF:** |

## GOVERNMENT'S EXHIBIT LIST:
### January 10, 2022

The United States, by and through the undersigned counsel, discloses its initial exhibit list in the above-captioned case.

| NO. | DESCRIPTION | OFFER | OBJ | Date | |
|---|---|---|---|---|---|
| | | | | **ADMIT** | **N/ADM** |
| | **Documents Seized from CC Pharmacy** | | | | |
| 1 | Share Certificates for CC Pharmacy, CC Pharmacy 2, and CC Pharmacy 3 | | | | |
| 2 | Prescriptions Associated with 8.15.2017 Stop of Lisa Jones | | | | |
| 3 | Prescriptions Associated with 8.17.2017 Undercover Buy | | | | |
| 4 | Prescriptions Associated with 7.26.2017 Stop of Darius Tyler | | | | |

| NO. | DESCRIPTION | OFFER | OBJ | Date | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 5 | Prescriptions Associated with 8.2.2017 Stop of Darius Tyler | | | | |
| 6 | Pre-Search Video of CC Pharmacy | | | | |
| 7 | Russell and Smith Ford Check Stub (2.24.2017) | | | | |
| 8 | Sterling McCall Ford Check Stub (3.17.2017) | | | | |
| 9 | Texas State Board of Pharmacy Warning Notice | | | | |
| 10 | CC Pharmacy 3 Drug Enforcement Administration (DEA) Registration Application | | | | |
| 11 | Good Faith Dispensing Checklist | | | | |
| 12 | List of Wholesalers | | | | |
| 13 | Hassan Barnes Contract | | | | |
| 14 | Hassan Barnes Weekly $500 | | | | |
| 15 | Truck Purchase Agreements | | | | |
| 16-20 | *Intentionally Left Blank* | | | | |

| NO. | DESCRIPTION | OFFER | OBJ | Date | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 21 | Red Flags and Texas State Board of Pharmacy (TSBP) Notice of Inspection Form | | | | |
| 22 | Heights of Tomball Contract | | | | |
| 23 | DEA Registration Application for CC Pharmacy | | | | |
| 24 | DEA Registration Application for CC Pharmacy 2 | | | | |
| 25 | DEA 222 Form (8.15.17) | | | | |
| 26 | DV Medical Application CC Pharmacy and CC Pharmacy 2 | | | | |
| 27 | E-Med Application for CC Pharmacy | | | | |
| 28 | E-Med Application for CC Pharmacy 2 | | | | |
| 29 | Wholesale RX Application for CC Pharmacy 2 | | | | |
| 30 | DUR and RMC Form for CC Pharmacy and CC Pharmacy 2 | | | | |
| 31 | IRS Form for CC Pharmacy 2 | | | | |
| 32-40 | *Intentionally Left Blank* | | | | |

| NO. | DESCRIPTION | OFFER | OBJ | Date | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 41 | 2016 Counseling Log | | | | |
| 42 | 2017 Counseling Log | | | | |
| 43 | Dr. Austin Oscar Williams Business Card | | | | |
| 44-50 | *Intentionally Left Blank* | | | | |
| 51 | Faxed Prescriptions from Room A | | | | |
| 52-55 | *Intentionally Left Blank* | | | | |
| 56 | IRS Form for CC Pharmacy 3 | | | | |
| 57-60 | *Intentionally Left Blank* | | | | |
| 61 | Client List | | | | |
| 62 | Dr. Fred Buckwold Printout | | | | |
| 63 | Dr. Austin Oscar William Printout | | | | |
| 64 | Dr. Brett Warfield Printout | | | | |

| NO. | DESCRIPTION | OFFER | OBJ | Date | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 65-70 | *Intentionally Left Blank* | | | | |
| 71 | Buckwold Prescriptions | | | | |
| 72 | El-Baghdadi Prescriptions | | | | |
| 73 | Wadiwala Prescriptions | | | | |
| 74 | Fatteh Prescriptions | | | | |
| 75 | Ikeda Prescriptions | | | | |
| 76 | Davis Prescriptions | | | | |
| 77 | Warfield Prescriptions | | | | |
| 78 | Craig Prescriptions | | | | |
| 79 | Dar Prescriptions | | | | |
| 80 | Weathers Prescriptions | | | | |
| 81 | Additional Prescriptions | | | | |

| NO. | DESCRIPTION | OFFER | OBJ | Date | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 82 | Prescriptions Associated with Items Found on Frasiel Hughey's Computer | | | | |
| 83 | Crumped Post-it Notes | | | | |
| 84-97 | *Intentionally Left Blank* | | | | |
| 98 | Photographs of CC Pharmacy | | | | |
| 99 | Photographs from Search Warrant of CC Pharmacy | | | | |
| 100 | *Intentionally Left Blank* | | | | |
| **Digital Evidence from CC Pharmacy** | | | | | |
| 101 | R.M. Invoices | | | | |
| 102 | D.E. Invoices | | | | |
| 103 | C.W. Invoices | | | | |
| 104 | P.W. Invoices | | | | |
| 105 | D.W. Invoices | | | | |
| 106 | T.P. Invoices | | | | |

| NO. | DESCRIPTION | OFFER | OBJ | Date | |
|-----|-------------|-------|-----|-------|-------|
| | | | | ADMIT | N/ADM |
| 107 | J.G. Invoices | | | | |
| 108 | M.C. Invoices | | | | |
| 109 | J.W. Invoices | | | | |
| 110 | Email from Clint Carr to Megan Hanson 8.16.17 and Attachment | | | | |
| 111 | Email from Megan Hanson to Clint Carr 8.17.17 | | | | |
| 112 | Email from Adam Long to Clint Carr and Dustin Curry 1.14.17 and Attachment | | | | |
| 113 | Email from Clint Carr to Misty Anderson (TSBP) 1.20.16 and Six Attachments | | | | |
| 114 | Email from Jeffery Pitts to Clint Carr 3.28.17 | | | | |
| 115 | Email from Clint Carr to Sajan Abraham 1.31.17 and Two Attachments | | | | |
| 116 | Email from Jeffery Pitts to Clint Carr 1.31.17 | | | | |
| 117 | Email from Dustin Curry to Courtney Hall with Clint Carr cc'd 3.4.16 | | | | |
| 118 | Email from Dustin Curry to Clint Carr 5.31.16 | | | | |

| NO. | DESCRIPTION | OFFER | OBJ | Date | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 119 | Email from Percy Reynolds to Clint Carr 8.25.16 | | | | |
| 120 | Email from Clint Carr to Sajan Abraham 3.3.17 and One Attachment | | | | |
| 121 | Heights of Tomball Contract with Accompanying Metadata (5.3.2016) | | | | |
| 122-130 | *Intentionally Left Blank* | | | | |
| 131 | CC Pharmacy Controlled Substance Dispensing Log (Pioneer RX) | | | | |
| 132-199 | *Intentionally Left Blank* | | | | |
| | **Traffic Stop Evidence** | | | | |
| 301 | Photographs of Items Seized from Darius Tyler 7.26.17 | | | | |
| 302 | Invoice and Receipt for "Derek Wilson" 7.26.17 | | | | |
| 303 | Photographs of Items Seized from Darius Tyler 8.2.17 | | | | |
| 304 | Invoice and Receipt for "Derek Wilson" 8.2.17 | | | | |
| 305 | Photographs of Items Seized from Lisa Jones 8.15.17 | | | | |
| 306 | Invoice and Receipt for "Rita Miller" 8.15.17 | | | | |

| NO. | DESCRIPTION | OFFER | OBJ | Date | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 307-400 | *Intentionally Left Blank* | | | | |
| | **Evidence from Austin and Round Rock** | | | | |
| 401 | Photos of Items Seized from Jeremy Newberry 8.15.2017 | | | | |
| 402 | Photos from Search Warrant at CC Pharmacy 3 (11.15.2017) | | | | |
| 403 | DEA 222 Forms Seized from CC Pharmacy 3 (11.15.2017) | | | | |
| 404 | Photos from Search Warrant at CC Pharmacy 2 | | | | |
| 405 | Photo of CC Pharmacy 2 | | | | |
| 406 | Photo of CC Pharmacy 3 | | | | |
| 407-500 | *Intentionally Left Blank* | | | | |
| | **Confidential Source (CS) Evidence** | | | | |
| 501 | Photos of Text Messages between Lisa Jones and Adam Long | | | | |
| 502 | Photos of Text Messages between Lisa Jones and Frasiel Hughey | | | | |
| 503 | Texts Messages between Lisa Jones and Adam Long from Jones's Phone | | | | |

| NO. | DESCRIPTION | OFFER | OBJ | Date | |
|-----|-------------|-------|-----|------|---|
| | | | | ADMIT | N/ADM |
| 504 | Texts Messages between Lisa Jones and Frasiel Hughey from Jones' Phone | | | | |
| 505 | Photograph of Items Recovered from Lisa Jones 8.17.2017 | | | | |
| 506 | Invoice and Receipt for "Rita Miller" dated 8.16.2017 | | | | |
| 507 | Video from Lisa Jones Buy 8.17.2017 | | | | |
| 508-510 | *Intentionally Left Blank* | | | | |
| 511 | Prescription Transactions National Directory List Made by Jose Sanchez | | | | |
| 512 | Recorded Call from July 18, 2017 Between Jose Sanchez, Hassan Barnes, Clint Carr, and Dustin Curry | | | | |
| 513 | Recorded Call from August 11, 2017 Between Jose Sanchez and Hassan Barnes | | | | |
| 514 | Closing Inventory of CC Pharmacy 2 by Jose Sanchez | | | | |
| 515-600 | *Intentionally Left Blank* | | | | |
| **Business Records and Public Records** | | | | | |
| 601 | Signature Card for CC Pharmacy JPMC Checking Account ending in *2082 | | | | |
| 602 | Signature Card for CC Pharmacy JPMC Savings Account ending in *9112 | | | | |

| NO. | DESCRIPTION | OFFER | OBJ | Date | |
|-----|-------------|-------|-----|------|--|
| | | | | ADMIT | N/ADM |
| 603 | Signature Card for CC Pharmacy 2 JPMC Checking Account ending in *8826 | | | | |
| 604 | Signature Card for Clint Carr JPMC Checking Account ending in *2862 | | | | |
| 605 | Signature Card for CC Pharmacy Wells Fargo Checking Accounts ending in *8239 and *8254 | | | | |
| 606 | Signature Card for CC Pharmacy Wells Fargo Checking Account ending in *8254 | | | | |
| 607 | Signature Card for Wells Fargo Checking Account ending in *1067 (Dustin Curry and A. Curry) | | | | |
| 608 | Signature Card for Wells Fargo Savings Account ending in *0957 (Dustin Curry and A. Curry) | | | | |
| 609 | Signature Card for Wells Fargo Checking Account ending in *2196 and Savings Account ending in *4350 (Clint Carr and Ch. Carr) | | | | |
| 610 | Signature Card for CC Pharmacy BOA Checking Account ending in *1885 | | | | |
| 611 | Signature Card for CC Pharmacy 2 BOA Checking Account ending in *1898 | | | | |
| 612 | Signature Card for CC Pharmacy 3 BOA Checking Account ending in *7182 | | | | |
| 613 | Signature Card for CC Pharmacy 3 BOA Savings Account ending in *7218 | | | | |
| 614 | Signature Card for Wells Fargo Checking Account ending in *5290 (Clint Carr and Ca. Carr, a Minor) | | | | |

| NO. | DESCRIPTION | OFFER | OBJ | Date | |
|-----|-------------|-------|-----|------|--|
| | | | | ADMIT | N/ADM |
| 615-620 | *Intentionally Left Blank* | | | | |
| 621 | $20,000 Check #11 to Russell & Smith Ford 2/24/17 (CC Pharmacy 2 JPMC *8826) | | | | |
| 622 | $20,000 Check #1002 to Sterling McCall Ford 3/16/17 (CC Pharmacy BOA *1885) | | | | |
| 623 | Examples of Deposit Slips from CC Pharmacy LLC x2082 (Oct. 2016) | | | | |
| 624 | Examples of Deposit Slips from CC Pharmacy 2 LLC x8826 | | | | |
| 625 | Examples of Deposits Slips CC Pharmacy WF x8239 | | | | |
| 626 | Examples of Deposits Slips CC Pharmacy BOA x1885 | | | | |
| 627 | Deposit Slips from CC Pharmacy 3 BOA Account *7182 | | | | |
| 628-629 | *Intentionally Left Blank* | | | | |
| 630 | Driver License Photo of Lisa Jones | | | | |
| 631 | Driver License Photo of Darius Tyler | | | | |
| 632 | Driver License Photo of Debbie Ware | | | | |

| NO. | DESCRIPTION | OFFER | OBJ | Date | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 633 | Driver License Photo of Tynesha Page | | | | |
| 634 | Driver License Photo of Mike Caldwell | | | | |
| 635 | Driver License Photo of Dustin Curry | | | | |
| 636 | Driver License Photo of Clint Carr | | | | |
| 637 | Driver License Photo of Hassan Barnes | | | | |
| 638 | Driver License Photo of Paul Okotie | | | | |
| 639 | Driver License Photo of Adam Long | | | | |
| 640 | Driver License Photo of Damon Hickerson | | | | |
| 641-650 | *Intentionally Left Blank* | | | | |
| 651 | Validated ARCOS data for CC Pharmacy from May 1, 2016 through May 31, 2018 | | | | |
| 652 | Validated ARCOS data for CC Pharmacy 2 from May 1, 2016 through May 31, 2018 | | | | |
| 653 | Validated ARCOS data for CC Pharmacy 3 from May 1, 2016 through May 31, 2018 | | | | |

| NO. | DESCRIPTION | OFFER | OBJ | Date | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 654-660 | *Intentionally Left Blank* | | | | |
| 661 | Texas State Board of Pharmacy Inspection and Application for CC Pharmacy | | | | |
| 662 | StreetRx.com Printout from August 2016 via the Internet Archive | | | | |
| 663 | CC Pharmacy PMP Report | | | | |
| 664-700 | *Intentionally Left Blank* | | | | |
| | **Communication from Dustin Curry's Phone** | | | | |
| 701 | Clint Carr's Contact Info | | | | |
| 702 | Pages 26-30 from Messages Between Dustin Curry & Clint Carr Dated 10.10.2014 | | | | |
| 703 | Pages 70 from Messages Between Dustin Curry & Clint Carr Dated 05.23.2015 | | | | |
| 704 | Pages 764-65 from Messages Between Dustin Curry & Clint Carr Various Dates | | | | |
| 705 | Pages 771-73 from Messages Between Dustin Curry & Clint Carr Various Dates | | | | |
| 706 | Pages 802-03 from Messages Between Dustin Curry & Clint Carr Dated 11.03.2015 | | | | |
| 707 | Pages 890-97 from Messages Between Dustin Curry & Clint Carr Various Dates | | | | |

| NO. | DESCRIPTION | OFFER | OBJ | Date | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 708 | Pages 1141-42 from Messages Between Dustin Curry & Clint Carr Various Dates | | | | |
| 709 | Pages 1172 from Messages Between Dustin Curry & Clint Carr Dated 1.21.2016 & 12.1.2016 | | | | |
| 710 | Pages 1280 from Messages Between Dustin Curry & Clint Carr Dated 2.21.2016 | | | | |
| 711 | Pages 1399 from Messages Between Dustin Curry & Clint Carr Dated 04.07.2016 | | | | |
| 712 | Pages 1426 from Messages Between Dustin Curry & Clint Carr Dated 04.15.2016 | | | | |
| 713 | Pages 1438 from Messages Between Dustin Curry & Clint Carr Dated 04.22.2016 | | | | |
| 714 | Pages 1471-79 from Messages Between Dustin Curry & Clint Carr Various Dates | | | | |
| 715 | Pages 1494 from Messages Between Dustin Curry & Clint Carr Dated 05.10.2016 | | | | |
| 716 | Pages 1496 from Messages Between Dustin Curry & Clint Carr Dated 05.01.2016 | | | | |
| 717 | Pages 1502-19 from Messages Between Dustin Curry & Clint Carr Various Dates | | | | |
| 718 | Pages 1531-35 from Messages Between Dustin Curry & Clint Carr Various Dates | | | | |
| 719 | Pages 1538-43 from Messages Between Dustin Curry & Clint Carr Dated 05.23.2016 | | | | |

| NO. | DESCRIPTION | OFFER | OBJ | Date | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 720 | Pages 1545-47 from Messages Between Dustin Curry & Clint Carr Various Dates | | | | |
| 721 | Pages 1559-62 from Messages Between Dustin Curry & Clint Carr Various Dates | | | | |
| 722 | Pages 1576-79 from Messages Between Dustin Curry & Clint Carr Dated 06.01.2016 | | | | |
| 723 | Pages 1586 from Messages Between Dustin Curry & Clint Carr Dated 06.03.2016 | | | | |
| 724 | Pages 1593-95 from Messages Between Dustin Curry & Clint Carr 06.04.2016 | | | | |
| 725 | Pages 1653-59 from Messages Between Dustin Curry & Clint Carr Dated 06.15.0216 | | | | |
| 726 | Pages 1668-69 from Messages Between Dustin Curry & Clint Carr Dated 06.18.2016 | | | | |
| 727 | Pages 1742-44 from Messages Between Dustin Curry & Clint Carr Dated 07.05.2016 | | | | |
| 728 | Pages 1770 from Messages Between Dustin Curry & Clint Carr Dated 07.12.2016 | | | | |
| 729 | Pages 1847-48 from Messages Between Dustin Curry & Clint Carr Various Dates | | | | |
| 730 | Pages 1858-60 from Messages Between Dustin Curry & Clint Carr Dated 08.05.2016 | | | | |
| 731 | Pages 1884-91 from Messages Between Dustin Curry & Clint Carr Various Dates | | | | |

| NO. | DESCRIPTION | OFFER | OBJ | Date | |
|-----|-------------|-------|-----|-------|-------|
| | | | | ADMIT | N/ADM |
| 732 | Pages 1923-25 from Messages Between Dustin Curry & Clint Carr Various Dates | | | | |
| 733 | Pages 1929-30 from Messages Between Dustin Curry & Clint Carr Dated 08.25.2016 | | | | |
| 734 | Pages 1953 from Messages Between Dustin Curry & Clint Carr Dated 09.02.2016 | | | | |
| 735 | Pages 2030-31 from Messages Between Dustin Curry & Clint Carr Dated 09.20.2016 | | | | |
| 736 | Pages 2056-57 from Messages Between Dustin Curry & Clint Carr Various Dates | | | | |
| 737 | Pages 2087 from Messages Between Dustin Curry & Clint Carr Dated 10.05.2016 | | | | |
| 738 | Pages 2093-94 from Messages Between Dustin Curry & Clint Carr Various Dates | | | | |
| 739 | Pages 2101 from Messages Between Dustin Curry & Clint Carr Various Dates | | | | |
| 740 | Pages 2101-04 from Messages Between Dustin Curry & Clint Carr Various Dates | | | | |
| 741 | Pages 2107-11 from Messages Between Dustin Curry & Clint Carr Dated 10.11.2016 | | | | |
| 742 | Pages 2117 from Messages Between Dustin Curry & Clint Carr Dated 10.13.2016 | | | | |
| 743 | Pages 2124 from Messages Between Dustin Curry & Clint Carr Various Dates. | | | | |

| NO. | DESCRIPTION | OFFER | OBJ | Date | |
|-----|-------------|-------|-----|------|--|
| | | | | ADMIT | N/ADM |
| 744 | Pages 2135 from Messages Between Dustin Curry & Clint Carr Dated 10.20.2016 | | | | |
| 745 | Pages 2181-82 from Messages Between Dustin Curry & Clint Carr Various Dates | | | | |
| 746 | Pages 2196 from Messages Between Dustin Curry & Clint Carr Various Dates | | | | |
| 747 | Pages 2237 from Messages Between Dustin Curry & Clint Carr Dated 11.17.2016 | | | | |
| 748 | Pages 2275 from Messages Between Dustin Curry & Clint Carr Various Dates | | | | |
| 749 | Pages 2280-82 from Messages Between Dustin Curry & Clint Carr Various Dates | | | | |
| 750 | Pages 2290 from Messages Between Dustin Curry & Clint Carr Various Dates | | | | |
| 751 | Pages 2296 from Messages Between Dustin Curry & Clint Carr Various Dates | | | | |
| 752 | Pages 2303-06 from Messages Between Dustin Curry & Clint Carr Various Dates | | | | |
| 753 | Pages 2313-14 from Messages Between Dustin Curry & Clint Carr Various Dates | | | | |
| 754 | Pages 2331 from Messages Between Dustin Curry & Clint Carr Dated 12.28.2016 | | | | |
| 755 | Pages 2353-56 from Messages Between Dustin Curry & Clint Carr Various Dates | | | | |

| NO. | DESCRIPTION | OFFER | OBJ | Date | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 756 | Pages 2411-12 from Messages Between Dustin Curry & Clint Carr Various Dates | | | | |
| 757 | Pages 2422 from Messages Between Dustin Curry & Clint Carr Dated 01.25.2017 | | | | |
| 758 | Pages 2515-18 from Messages Between Dustin Curry & Clint Carr Dated 02.22.2017 | | | | |
| 759 | Pages 2524-25 from Messages Between Dustin Curry & Clint Carr Various Dates | | | | |
| 760 | Pages 2541-42 from Messages Between Dustin Curry & Clint Carr Various Dates | | | | |
| 761 | Pages 2543 from Messages Between Dustin Curry & Clint Carr Various Dates | | | | |
| 762 | Pages 2546-47 from Messages Between Dustin Curry & Clint Carr Various Dates | | | | |
| 763 | Pages 2563 from Messages Between Dustin Curry & Clint Carr Dated 03.09.2017 | | | | |
| 764 | Pages 2613 from Messages Between Dustin Curry & Clint Carr Various Dates | | | | |
| 765 | Pages 2626-27 from Messages Between Dustin Curry & Clint Carr Dated 03.22.2017 | | | | |
| 766 | Pages 2629-33 from Messages Between Dustin Curry & Clint Carr Various Dates | | | | |
| 767 | Pages 2639 from Messages Between Dustin Curry & Clint Carr Various Dates | | | | |

| NO. | DESCRIPTION | OFFER | OBJ | Date | |
|-----|-------------|-------|-----|------|---|
| | | | | ADMIT | N/ADM |
| 768 | Pages 2683 from Messages Between Dustin Curry & Clint Carr Dated 04.18.2017 | | | | |
| 769 | Pages 2767-68 from Messages Between Dustin Curry & Clint Carr Dated 06.05.2017 | | | | |
| 770 | Pages 2774-76 from Messages Between Dustin Curry & Clint Carr Dated 06.17.2017 | | | | |
| 771 | Pages 2778 from Messages Between Dustin Curry & Clint Carr Dated 06.08.2017 | | | | |
| 772 | Pages 2828 from Messages Between Dustin Curry & Clint Carr Dated 07.06.2017 | | | | |
| 773 | Pages 2847 from Messages Between Dustin Curry & Clint Carr Dated 07.17.2021 | | | | |
| 774 | Pages 2854-55 from Messages Between Dustin Curry & Clint Carr Dated 07.20.2017 | | | | |
| 775 | Pages 2887-88 from Messages Between Dustin Curry & Clint Carr Various Dates | | | | |
| 776 | Pages 2901-03 from Messages Between Dustin Curry & Clint Carr Various Dates | | | | |
| 777 | Pages 2920-21 from Messages Between Dustin Curry & Clint Carr Various Date | | | | |
| 778 | Pages 2955 from Messages Between Dustin Curry & Clint Carr Dated 09.08.2017 | | | | |
| 779 | Pages 3005 from Messages Between Dustin Curry & Clint Carr Dated 10.14.2017 | | | | |

| NO. | DESCRIPTION | OFFER | OBJ | Date | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 780 | Pages 3032 from Messages Between Dustin Curry & Clint Carr Various Dates | | | | |
| 781 | Pages 3049-50 from Messages Between Dustin Curry & Clint Carr Various Dates | | | | |
| 782-784 | *Intentionally Left Blank* | | | | |
| 785 | Hassan Barnes's Contact Info | | | | |
| 786 | Pages 8-13 from Messages - Hassan Barnes Various Dates | | | | |
| 787 | Pages 21-25 from Messages - Hassan Barnes-3 Various Dates | | | | |
| 788 | Pages 28-29 from Messages - Hassan Barnes-4 Various Dates | | | | |
| 789 | Pages 42 from Messages - Hassan Barnes-5 Various Dates | | | | |
| 790 | Pages 45-46 from Messages - Hassan Barnes-6 Various Dates | | | | |
| 791 | Contact Info for "R.M. Old" | | | | |
| 792 | Text Messages between Dustin Curry and "R.M. Old" | | | | |
| 793 | Contact info for "R.M. New" | | | | |

| NO. | DESCRIPTION | OFFER | OBJ | Date | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 794 | Text Messages between Dustin Curry and R.M. New | | | | |
| 795-796 | *Intentionally Left Blank* | | | | |
| 797 | Text Messages between Dustin Curry, Hassan Barnes, and Clint Carr on October 17 and 27, 2017 | | | | |
| 798-800 | *Intentionally Left Blank* | | | | |
| **Evidence from Frasiel Hughey's House** | | | | | |
| 801 | Photos of Items Found at Frasiel Hughey's House | | | | |
| 802 | Search Warrant Entry Video of Frasiel Hughey's House | | | | |
| 803 | Frasiel Hughey's Recorded Statement | | | | |
| 804 | Transcript of Frasiel Hughey's Statement | | | | |
| 805 | Dr. Linh Nguyen Prescriptions | | | | |
| 806 | Dr. Hui Kang Prescriptions | | | | |
| 807 | Dr. Marcos Ikeda Prescriptions | | | | |
| 808 | Paper Fentanyl Prescription | | | | |

| NO. | DESCRIPTION | OFFER | OBJ | Date | |
| --- | --- | --- | --- | --- | --- |
| | | | | ADMIT | N/ADM |
| 809 | Dr. Patricia Salvato Prescription | | | | |
| 810 | Blank Prescription Paper | | | | |
| 811 | Photo found on Frasiel Hughey's Computer of Prescriptions | | | | |
| 812 | Identifications | | | | |
| 813 | Drug Ledger | | | | |
| 814-900 | *Intentionally Left Blank* | | | | |
| **Summary Exhibits** | | | | | |
| 901 | Summary Exhibit of Controlled Substances Dispensed | | | | |
| 902 | Summary Exhibit of Hydrocodone Dispensing by Strength | | | | |
| 903 | Summary Exhibit of Oxycodone Dispensing by Strength | | | | |
| 904 | Summary Exhibit of Alprazolam Dispensing by Strength | | | | |
| 905 | Summary Exhibit of Carisoprodol Dispensing by Strength | | | | |
| 906 | Top Prescribers of Schedule II Drugs Dispensed at CC Pharmacy | | | | |

| NO. | DESCRIPTION | OFFER | OBJ | Date | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 907 | Summary Exhibit of Drugs Dispensed Under Dr. Buckwold's Name | | | | |
| 908 | Summary Exhibit of Drugs Dispensed Under Dr. Wadiwala's Name | | | | |
| 909 | Summary Exhibit of Drugs Dispensed Under Dr. Oscar Williams's Name | | | | |
| 910 | Summary Exhibit of Drugs Dispensed Using Names of people found at Hughey's House | | | | |
| 911 | Summary Exhibit of Drugs Dispensed on January 11, 2017 Using Names on IDs Found at Hughey's House | | | | |
| 912 | Summary Exhibit of Drugs Dispensed Under Dr. Ikeda's Name | | | | |
| 913 | Summary Exhibit of Drugs Dispensed Under Dr. Linh Nguyen's Name | | | | |
| 914-920 | *Intentionally Left Blank* | | | | |
| 921 | Subpoenaed Accounts | | | | |
| 922 | CC Pharmacy Accounts | | | | |
| 923 | CC Pharmacy 2 Accounts | | | | |
| 924 | CC Pharmacy 3 Accounts | | | | |

| NO. | DESCRIPTION | OFFER | OBJ | Date | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 925 | Funding of CC Pharmacy JPMC *2082 | | | | |
| 926 | Funding of CC Pharmacy WF *8239 | | | | |
| 927 | Funding of CC Pharmacy BOA *1885 | | | | |
| 928 | Funding of CC Pharmacy 2 JPMC *8826 | | | | |
| 929 | Funding of CC Pharmacy 2 BOA *1898 | | | | |
| 930 | Funding of CC Pharmacy 3 BOA *7182 | | | | |
| 931 | Summary of Cash Deposits | | | | |
| 932 | Graph of Cash Deposits by Month | | | | |
| 933 | Cash Deposit by Range ($1,000) | | | | |
| 934 | Graph of Cash Deposits by Range | | | | |
| 935 | Cash Deposits 12/6/16 – 12/7/16 | | | | |
| 936 | Cash Deposits 12/19/16 – 12/23/16 | | | | |

| NO. | DESCRIPTION | OFFER | OBJ | Date | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 937 | Cash Deposits 1/19/17 – 1/20/17 | | | | |
| 938 | Cash Deposits 2/3/17 – 2/6/17 | | | | |
| 939 | Deposits in CC Pharmacy 2 JPMC *8826 Before Purchase from Russel & Smith Ford (2/24/17) | | | | |
| 940 | Deposits in CC Pharmacy BOA *1885 Before Purchase from Sterling McCall Ford (3/17/17) | | | | |
| 941 | Purchases from Pharmaceutical Wholesalers | | | | |
| 942 | Carr Sources of Income | | | | |
| 943 | Curry Sources of Income | | | | |
| 944 | Deposit Groups Greater than $10,000 | | | | |
| 945 | Combined Accounts | | | | |
| 946-950 | *Intentionally Left Blank* | | | | |
| 951 | ARCOS Purchases by CC Pharmacy, CC Pharmacy 2, and CC Pharmacy 3 | | | | |
| 952 | ARCOS Purchases by CC Pharmacy | | | | |

| NO. | DESCRIPTION | OFFER | OBJ | Date | |
|---|---|---|---|---|---|
| | | | | **ADMIT** | **N/ADM** |
| 953 | ARCOS Purchases by CC Pharmacy 2 | | | | |
| 954 | ARCOS Purchases by CC Pharmacy 3 | | | | |
| 955-960 | *Intentionally Left Blank* | | | | |
| 961 | Summary of Invoices (GEXs 101-109) | | | | |
| 962 | Summary of Rita Miller Invoices GEX 101 | | | | |
| 963 | Summary of Derek Wilson Invoices GEX 102 | | | | |

All exhibits listed have been provided to defense counsel.  The United States reserves the right to amend this list, including based on proceedings and rulings in this case.

Respectfully submitted,

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

By:    */s/ Devon Helfmeyer*
Devon Helfmeyer
Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
(713) 567-9513
Devon.Helfmeyer@usdoj.gov

*/s/ Courtney Chester*
Courtney Chester
Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section
1000 Louisiana Street, Suite
2300 Houston, Texas 77002
(202) 538-3861
Courtney.Chester@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing pleading was served on

January 10, 2022 on Defendant's counsel of record via ECF.

/s/ *Devon Helfmeyer*
Devon Helfmeyer
Trial Attorney