# EXHIBIT C

| Return | | |
|---|---|---|
| Case No.:<br>H17-1719 | Date and time warrant executed:<br>11/15/2017 10:30 am | Copy of warrant and inventory left with:<br>Michael Wynne and CC Pharmacy |

Inventory made in the presence of :
  DI Ananias Green

Inventory of the property taken and name of any person(s) seized:

  2 Boxes of Controlled Substances
  15 Boxes of Documents
  3 Apple Computers
  1 HP Laptop
  1 Mac Book
  1 Ipad
  2 Apple TV Boxes
  3 External Hardrives
  6 Flash Drives
  2 DVRs
  1 Pioneer Server
  2 Money Counters
  1 Ipad Mini
  1 Dell Desktop Computer
  2 HP Computers

## Certification

   I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  12-6-17

*Executing officer's signature*

SA Audrey Arroyo
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order.

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

In the Matter of the Search of )
*(briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. **H17-1719**
CC Pharmacy )
2656 South Loop West Suite 395 )
Houston, Texas 77054 )

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Southern____ District of ____Texas____
*(identify the person or describe the property to be searched and give its location):*

CC Pharmacy
2656 South Loop West Suite 395
Houston, Texas 77054
See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
See Attachments A and B to the Affidavit in Support of Search Warrant.

YOU ARE COMMANDED to execute this warrant on or before ____November 28, 2017____ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____United States Magistrate Judge Frances H. Stacy____
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of ____

Date and time issued: **November 14, 2017**
**10:00 a.m.**

City and state: Houston, Texas

*Judge's signature*

United States Magistrate Judge Frances H. Stacy
*Printed name and title*