# EXHIBIT F



**U.S. Department of Justice**
Criminal Division

*Fraud Section*
*1400 New York Avenue NW*
*Washington, DC 20530*

June 24, 2021

### VIA E-MAIL and OVERNIGHT DELIVERY

Mr. James Ray Alston
The Law Offices of James Alston

3700 North Main Street
Houston, TX 77009
alstonlaw@me.com

Ms. Carmen Roe
carmen@carmenroe.com (e-mail notice only)
Mr. Michael John Wynne
Gregor Cassidy Wynne, PLLC
909 Fannin, Suite 3800
Houston, TX 77010
 (713) 331-2458 – Direct
(281) 450-7403 - Cell
mwynne@gcfirm.com

Mr. Cornel A. Williams
Cornel A. Williams, Attorney at Law

1405 Palm Street
Houston, TX 77004
(713) 520-5153
williassoc@aol.com

Judge David Michael Finn
Milner Finn
2828 North Harwood Street, Suite 1950,
LB 9
Dallas, TX 75201
(214) 651-1121
judgefinn@davidfinn.com

Re:   United States v. Dustin Curry et. al., Case No.: 18-cr-00339

Dear Counsel:

    I am a filter attorney in the Fraud Section of the Department of Justice's Criminal Division assigned to this matter. Please find enclosed with this letter the following discovery materials that the government seized pursuant to search warrants executed in this matter. This material has not been provided to the prosecution team and is undergoing filter review.

| Material | Source |
|---|---|
| Cc Pharmacy(duplicate_filename_168).m4a | In the Matter of the Search of CC Pharmacy 2656 South Loop West Suite 395 Houston, Texas 77054 |
| 8-15-17 Newberry to CARR and CURRY #2.wma<br>8-16-17 Newberry to CURRY.wma | Newberry Recordings |
| VP100014.mp3 | Sanchez Recordings |

Pursuant to your consent to share this production with all other defendants in this litigation, we are providing the above-identified material to all defendants.

If you have any questions regarding this filter production, please contact me at (202) 353-9871 or by e-mail at John.Kosmidis@usdoj.gov.

Sincerely,

/s/ John Kosmidis

John Kosmidis
Assistant Chief, Special Matters Unit
United States Department of Justice
Criminal Division, Fraud Section

Enclosure (1):    Thumb Drive

CC (without enclosure): Devon Helfmeyer, Trial Attorney, U.S. Department of Justice

2