# EXHIBIT G

**From:** Coley, Timothy J. (CRM) <Timothy.J.Coley@usdoj.gov>
**Sent:** Friday, October 29, 2021 8:29 AM
**To:** Michael Wynne <mwynne@gcfirm.com>
**Cc:** Kosmidis, John (CRM) <John.Kosmidis@usdoj.gov>; Murali, Michael (CRM) <Michael.Murali@usdoj.gov>; Heather Martinez <hmartinez@gcfirm.com>
**Subject:** RE: United States v. Dustin Curry et. al., Case No.: 18-cr-00339 Filter Production

Good Morning Michael,

We are planning to move the Court for authorization to release the four recordings referenced below to the prosecution team. In light of your stated privilege position, we expect that your client opposes this request, but please let us know as soon as possible if this is not the case. Thank you.

Timothy J. Coley
Trial Attorney, Fraud Section
U.S. Department of Justice (CRM)
Cell: 202-262-6631
Email: Timothy.J.Coley@usdoj.gov