**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § § § § | Criminal No. 18-CR-339 |
| | | SIM LAKE |
| v. | | District Judge |
| | | |
| | | Sheila Anderson   Lanie Smith |
| CLINT CARR and | | Case Manager   Court Reporter |
| HUGHEY FRAISAL | | |
| | | Jury Trial |
| Defendants. | | Proceeding |

**PROPOSED ORDER**

Upon consideration of Defendant Clint Carr's Opposed Motion to Dismiss the Indictment, the Motion is hereby GRANTED.

It is ORDERED that the Indictment is hereby dismissed as to Defendant Clint Carr.

Signed in Houston, Texas on this ___ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE