United States District Court
Southern District of Texas
**ENTERED**
January 28, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case No. 4:18-CR-339-002 |
| | § | |
| CLINT CARR | § | |
| | § | |
| Defendant. | § | |

## SCHEDULING ORDER FOR RESPONSE AND REPLY TO DEFENDANT CARR'S OPPOSED MOTION TO DISMISS INDICTMENT

1. **February 4, 2022** – The United States will file its response to Defendant Carr's Opposed Motion to Dismiss Indictment (Docket Entry No. 224).

2. **February 9, 2022** – Defendant Carr will file any reply to the United States' Response.

Signed, this __28th__ day of January, 2022.

Sim Lake
Senior United States District Judge