# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA § | Criminal No. 18-CR-339 | |
| § | | |
| § | SIM LAKE | |
| v.  § | District Judge | |
| § | | |
| § | Sheila Anderson | Lanie Smith |
| CLINT CARR, § | Case Manager | Court Reporter |
| and § | | |
| FRAISEL HUGHEY, § | Jury Trial | |
| § | Proceeding | |
| § | | |
| Defendants. § | | |

## DEFENDANT CLINT CARR'S SECOND AMENDED WITNESS LIST

Defendant Clint Carr ("Carr"), by and through the undersigned counsel, notifies the Court that Carr may call any or all of the following persons to testify at trial as witnesses in the above-captioned case:

1. Craig Alcorn
2. Gracy Possu
3. Lisa Durden
4. John Arbuckle
5. Ron Akard
6. Jeff Pitts
7. Jonathan Wachsmann
8. Crystal Payne
9. Joanne Gonzalez
10. LaDonna Arbuckle
11. Vernita Barnes
12. Grant Levinson
13. Sajan Abraham
14. Chelsea Carr
15. Clint Carr
16. Joel Rehman
17. Jay Ojha
18. Alyssa Smith

Defendant Clint Carr incorporates by reference all persons included on any witness list submitted by the Government and/or either co-defendant and will rely for the purpose of compelling appearance at trial on any subpoena issued by the Clerk and served upon any of them. Defendant Clint Carr also reserves the right to amend this list during trial at his and/or counsel's discretion, based on the proof offered by the Government and co-defendant, if any, and the Court's rulings, including evidentiary rulings, in this case.

        Respectfully submitted,

GREGOR | WYNNE | ARNEY, PLLC

By: */s/ Michael J. Wynne*
    Michael J. Wynne
    Attorney at Law
    Texas State Bar No. 00785289
    Jim Turner
    Texas State Bar No. 20316950
    909 Fannin Street, Suite 3800
    Houston, TX 77010
    Telephone: (281) 450-7403
    mwynne@gcfirm.com
    jtuner@gcfirm.com

    and

HUGHES ARRELL KINCHEN LLP

By: */s/ John B. Kinchen*
    John Kinchen
    Federal ID No. 18184
    Texas Bar No. 00791027
    jkinchen@hakllp.com
    1221 McKinney, Suite 3150
    Houston, Texas 77010
    Telephone: 713.403.2064
    Facsimile: 713.568.1747

**COUNSEL FOR DEFENDANT CLINT CARR**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on February 22, 2022, on all parties of record via ECF.

By: /s/ *Michael J. Wynne*
Michael J. Wynne
