UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No.: H-18-CR-00339 |
| ) | |
| CLINT CARR and FRASIEL HUGHEY, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT CLINT CARR'S OBJECTIONS TO GOVERNMENT'S EXHIBIT LIST**

Defendant Clint Carr files these Objections to Government's Exhibit List as follows:

| EXHIBIT NO. | DESCRIPTION | OBJECTIONS |
|---|---|---|
| 1 | Share Certificates for CC Pharmacy, CC Pharmacy2, and CC Pharmacy 3 | None |
| 2 | Prescriptions Associated with 8.15.2017 Stop of Lisa Jones | None |
| 3 | Prescriptions Associated with 8.17.2017 Undercover Buy | None |
| 4 | Prescriptions Associated with 7.26.2017 Stop of Darius Tyler | None |
| 5 | Prescriptions Associated with 8.2.2017 Stop of Darius Tyler | None |
| 6 | Pre-Search Video of CC Pharmacy | None |
| 7 | Russell and Smith Ford Check Stub (2.24.2017) | None |
| 8 | Sterling McCall Ford Check Stub (3.17.2017) | None |
| 9 | Texas State Board of Pharmacy Warning Notice | 402 (illegible) |
| 10 | CC Pharmacy 3 Drug Enforcement Administration(DEA) Registration Application | None |
| 11 | Good Faith Dispensing Checklist | 104 |
| 12 | List of Wholesalers | 104 |
| 13 | Hassan Barnes Contract | None |
| 14 | Hassan Barnes Weekly $500 | None |
| 15 | Truck Purchase Agreements | None |
| 16-20 | *Intentionally Left Blank* | |
| 21 | Red Flags and Texas State Board of Pharmacy(TSBP) Notice of Inspection Form | 104 403 |
| 22 | Heights of Tomball Contract | 104 |
| 23 | DEA Registration Application for CC Pharmacy | None |
| 24 | DEA Registration Application for CC Pharmacy 2 | None |
| 25 | DEA 222 Form (8.15.17) | None |

| 26 | DV Medical Application CC Pharmacy and CCPharmacy 2 | None |
|---|---|---|
| 27 | E-Med Application for CC Pharmacy | None |
| 28 | E-Med Application for CC Pharmacy 2 | None |
| 29 | Wholesale RX Application for CC Pharmacy 2 | None |
| 30 | DUR and RMC Form for CC Pharmacy and CCPharmacy 2 | None |
| 31 | IRS Form for CC Pharmacy 2 | None |
| 32-40 | *Intentionally Left Blank* | |
| 41 | 2016 Counseling Log | None |
| 42 | 2017 Counseling Log | None |
| 43 | Dr. Austin Oscar Williams Business Card | None |
| 44-50 | *Intentionally Left Blank* | |
| 51 | Faxed Prescriptions from Room A | None |
| 52-55 | *Intentionally Left Blank* | |
| 56 | IRS Form for CC Pharmacy 3 | None |
| 57-60 | *Intentionally Left Blank* | |
| 61 | Client List | 104, 403 |
| 62 | Dr. Fred Buckwold Printout | 104 |
| 63 | Dr. Austin Oscar William Printout | 104 |
| 64 | Dr. Brett Warfield Printout | 104 |
| | *Intentionally Left Blank* | |
| 71 | Buckwold Prescriptions | None |
| 72 | El-Baghdadi Prescriptions | None |
| 73 | Wadiwala Prescriptions | None |
| 74 | Fatteh Prescriptions | None |
| 75 | Ikeda Prescriptions | None |
| 76 | Davis Prescriptions | None |
| 77 | Warfield Prescriptions | None |
| 78 | Craig Prescriptions | None |
| 79 | Dar Prescriptions | None |
| 80 | Weathers Prescriptions | None |
| 81 | Additional Prescriptions | None |
| 82 | Prescriptions Associated with Items Found on Frasiel Hughey's Computer | 105 |
| 83 | Crumped Post-it Notes | 104, 402 |
| 84-97 | *Intentionally Left Blank* | |
| 98 | Photographs of CC Pharmacy | None |
| 99 | Photographs from Search Warrant of CCPharmacy | 1002 403 |
| 100 | *Intentionally Left Blank* | |
| 101 | R.M. Invoices | None |
| 102 | D.E. Invoices | None |
| 103 | C.W. Invoices | None |
| 104 | P.W. Invoices | None |
| 105 | D.W. Invoices | None |

| | | |
|---|---|---|
| 106 | T.P. Invoices | None |
| 107 | J.G. Invoices | None |
| 108 | M.C. Invoices | None |
| 109 | J.W. Invoices | None |
| 110 | Email from Clint Carr to Megan Hanson 8.16.17 and Attachment | Attorney-Client Privileged |
| 111 | Email from Megan Hanson to Clint Carr 8.17.17 | 802 |
| 112 | Email from Adam Long to Clint Carr and Dustin Curry 1.14.17 and Attachment | 802[1] |
| 113 | Email from Clint Carr to Misty Anderson (TSBP) 1.20.16 and Six Attachments | 402 (redact identifying info) |
| 114 | Email from Jeffery Pitts to Clint Carr 3.28.17 | 802 Attorney-Client Privileged |
| 115 | Email from Clint Carr to Sajan Abraham 1.31.17 and Two Attachments | 802 (as to Abraham) |
| 116 | Email from Jeffery Pitts to Clint Carr 1.31.17 | 802 (as to Pitts) Attorney-Client Privilege |
| 117 | Email from Dustin Curry to Courtney Hall with Clint Carr cc'd 3.4.16 | 802 |
| 118 | Email from Dustin Curry to Clint Carr 5.31.16 | 802 |
| 119 | Email from Percy Reynolds to Clint Carr 8.25.16 | 802 (as to Reynolds) |
| 120 | Email from Clint Carr to Sajan Abraham 3.3.17 and One Attachment | 104 |
| 121 | Heights of Tomball Contract with Accompanying Metadata (5.3.2016) | 104 |
| 122-130 | *Intentionally Left Blank* | |
| 131 | CC Pharmacy Controlled Substance Dispensing Log (Pioneer RX) | None |
| 132-199 | *Intentionally Left Blank* | |
| 301 | Photographs of Items Seized from Darius Tyler 7.26.17 | None |
| 302 | Invoice and Receipt for "Derek Wilson" 7.26.17 | None |
| 303 | Photographs of Items Seized from Darius Tyler 8.2.17 | None |
| 304 | Invoice and Receipt for "Derek Wilson" 8.2.17 | None |
| 305 | Photographs of Items Seized from Lisa Jones 8.15.17 | None |
| 306 | Invoice and Receipt for "Rita Miller" 8.15.17 | None |
| 307 | Oxycodone Seized from Darius Tyler 7.26.2017 (DEA Drug Exhibit 1) | Subject to stipulation |
| 308 | Hydrocodone Seized from Darius Tyler 7.26.2017 | Subject to stipulation |

---

[1] *United States v. James*, 590 F.2d 575, 579-80 (5th Cir. 1979) (proponent of statement of alleged co-conspirator must establish as predicate existence, object, and membership in conspiracy, and that statement was made during and in furtherance of conspiracy).

|  |  |  |
|---|---|---|
|  | (DEA Drug Exhibit 3) |  |
| 309 | Oxycodone Seized from Darius Tyler 8.2.2017 (DEA Drug Exhibit 4) | Subject to stipulation |
| 310 | Hydrocodone Seized from Darius Tyler 8.2.2017 (DEA Drug Exhibit 6) | Subject to stipulation |
| 311 | Oxycodone Seized from Lisa Jones 8.15.2017 (DEA Drug Exhibit 7) | Subject to stipulation |
| 312-400 | *Intentionally Left Blank* |  |
| 401 | Photos of Items Seized from Jeremy Newberry 8.15.2017 | None |
| 402 | Photos from Search Warrant at CC Pharmacy 3 (11.15.2017) | None |
| 403 | DEA 222 Forms Seized from CC Pharmacy 3 (11.15.2017) | None |
| 404 | Photos from Search Warrant at CC Pharmacy 2 | None |
| 405 | Photo of CC Pharmacy 2 | None |
| 406 | Photo of CC Pharmacy 3 | None |
| 407-500 | *Intentionally Left Blank* |  |
| 501 | Photos of Text Messages between Lisa Jones and Adam Long | 802 |
| 502 | Photos of Text Messages between Lisa Jones and Frasiel Hughey | 105, 802 |
| 503 | Texts Messages between Lisa Jones and Adam Long from Jones's Phone | 802 |
| 504 | Texts Messages between Lisa Jones and Frasiel Hughey from Jones' Phone | 105, 802 |
| 505 | Photograph of Items Recovered from Lisa Jones 8.17.2017 | None |
| 506 | Invoice and Receipt for "Rita Miller" dated 8.16.2017 | None |
| 507 | Video from Lisa Jones Buy 8.17.2017 | 104, 402 |
| 508 | Oxycodone Purchased by Lisa Jones 8.17.2017 (DEA Drug Exhibit 8) | Subject to stipulation |
| 509-510 | *Intentionally Left Blank* |  |
| 511 | Prescription Transactions National Directory List Made by Jose Sanchez | 802 104 |
| 512 | Recorded Call from July 18, 2017 Between Jose Sanchez, Hassan Barnes, Clint Carr, and Dustin Curry | Privileged 802 |
| 513 | Recorded Call from August 11, 2017 Between Jose Sanchez and Hassan Barnes | Withdrawn |
| 514 | Closing Inventory of CC Pharmacy 2 by Jose Sanchez | None |
| 515-600 | *Intentionally Left Blank* |  |
| 601 | Signature Card for CC Pharmacy JPMC Checking Account ending in *2082 | None |
| 602 | Signature Card for CC Pharmacy JPMC Savings Account ending in *9112 | None |
| 603 | Signature Card for CC Pharmacy 2 JPMC Checking Account ending in *8826 | None |

| | | |
|---|---|---|
| 604 | Signature Card for Clint Carr JPMC Checking Account ending in *2862 | None |
| 605 | Signature Card for CC Pharmacy Wells Fargo Checking Accounts ending in *8239 and *8254 | None |
| 606 | Signature Card for CC Pharmacy Wells Fargo Checking Account ending in *8254 | None |
| 607 | Signature Card for Wells Fargo Checking Account ending in *1067 (Dustin Curry and A. Curry) | None |
| 608 | Signature Card for Wells Fargo Savings Account ending in *0957 (Dustin Curry and A. Curry) | None |
| 609 | Signature Card for Wells Fargo Checking Account ending in *2196 and Savings Account ending in *4350 (Clint Carr and Ch. Carr) | 104, 402 (illegible) |
| 610 | Signature Card for CC Pharmacy BOA Checking Account ending in *1885 | None |
| 611 | Signature Card for CC Pharmacy 2 BOA Checking Account ending in *1898 | None |
| 612 | Signature Card for CC Pharmacy 3 BOA Checking Account ending in *7182 | None |
| 613 | Signature Card for CC Pharmacy 3 BOA Savings Account ending in *7218 | None |
| 614 | Signature Card for Wells Fargo Checking Account ending in *5290 (Clint Carr and Ca. Carr, a Minor) | None |
| 615-620 | *Intentionally Left Blank* | |
| 621 | $20,000 Check #11 to Russell & Smith Ford 2/24/17 (CC Pharmacy 2 JPMC *8826) | None |
| 622 | $20,000 Check #1002 to Sterling McCall Ford 3/16/17 (CC Pharmacy BOA *1885) | None |
| 623 | Examples of Deposit Slips from CC Pharmacy LLC x2082 (Oct. 2016) | None |
| 624 | Examples of Deposit Slips from CC Pharmacy 2 LLC x8826 | None |
| 625 | Examples of Deposits Slips CC Pharmacy WFx8239 | None |
| 626 | Examples of Deposits Slips CC Pharmacy BOAx1885 | None |
| 627 | Deposit Slips from CC Pharmacy 3 BOA Account *7182 | None |
| 628 | Bank of America Deposit Photos (March 22, 24, and 25; April 4 and 5, 2017) | 403 |
| 629 | *Intentionally Left Blank* | |
| 630 | Driver License Photo of Lisa Jones | 402 403 |
| 631 | Driver License Photo of Darius Tyler | 402 403 |
| 632 | Driver License Photo of Debbie Ware | 402 403 |

| | | |
|---|---|---|
| 633 | Driver License Photo of Tynesha Page | 402 403 |
| 634 | Driver License Photo of Mike Caldwell | 402 403 |
| 635 | Driver License Photo of Dustin Curry | 402 403 |
| 636 | Driver License Photo of Clint Carr | 403 402 |
| 637 | Driver License Photo of Hassan Barnes | 402 403 |
| 638 | Driver License Photo of Paul Okotie | 402 403 |
| 639 | Driver License Photo of Adam Long | 402 403 |
| 640 | Driver License Photo of Damon Hickerson | 402 403 |
| 641-650 | *Intentionally Left Blank* | |
| 651 | Validated ARCOS data for CC Pharmacy from May 1, 2016 through May 31, 2018 | None |
| 652 | Validated ARCOS data for CC Pharmacy 2 from May 1, 2016 through May 31, 2018 | None |
| 653 | Validated ARCOS data for CC Pharmacy 3 from May 1, 2016 through May 31, 2018 | None |
| 654-660 | *Intentionally Left Blank* | |
| 661 | Texas State Board of Pharmacy Inspection and Application for CC Pharmacy | None |
| 662 | StreetRx.com Printout from August 2016 via the Internet Archive | None |
| 663 | CC Pharmacy PMP Report | None |
| 664 | Sample Official Schedule II Prescriptions | Subject to Stipulation |
| 665-700 | *Intentionally Left Blank* | |
| 701 | Clint Carr's Contact Info | 402 |
| 702 | Pages 26-30 from Messages Between Dustin Curry & Clint Carr Dated 10.10.2014 | 802 (as to Curry)[2] 402, 403, 404 (redactions) |
| 703 | Pages 70 from Messages Between Dustin Curry & Clint Carr Dated 05.23.2015 | 802 (as to Curry) 402, 403, 404 |
| 704 | Pages 764-65 from Messages Between Dustin Curry & Clint Carr Various Dates | 802 (as to Curry) 402, 403, 404 (redactions) |
| 705 | Pages 771-73 from Messages Between Dustin Curry & Clint Carr Various Dates | 802 (as to Curry) 402, 403, 404 (redactions) |

---

[2] *United States v. Cornett*, 195 F.3d 776, 782 (5th Cir. 1999) ("Mere idle chatter, even if prejudicial and made among co-conspirators, is not admissible under Rule 802(d)(2)(e).").

| | | |
|---|---|---|
| 706 | Pages 802-03 from Messages Between DustinCurry & Clint Carr Dated 11.03.2015 | 802 (as to Curry) 402, 403, 404 (redactions) |
| 707 | Pages 890-97 from Messages Between DustinCurry & Clint Carr Various Dates | 802 (as to Curry, Matuya Mukeril, Sandy Crego and Crystal) 402, 403, 404 (redactions) |
| 708 | Pages 1141-42 from Messages Between DustinCurry & Clint Carr Various Dates | 802 (as to Curry) 402, 403, 404 (redactions) |
| 709 | Pages 1172 from Messages Between Dustin Curry & Clint Carr Dated 1.21.2016 & 12.1.2016 | 802 (as to Curry) |
| 710 | Pages 1280 from Messages Between Dustin Curry & Clint Carr Dated 2.21.2016 | 802 (as to Curry) 402, 403, 404 |
| 711 | Pages 1399 from Messages Between Dustin Curry & Clint Carr Dated 04.07.2016 | 802 (as to Curry) 402, 403, 404 |
| 712 | Pages 1426 from Messages Between Dustin Curry & Clint Carr Dated 04.15.2016 | 802 (as to Curry and "Rita Miller") 402, 403, 404 (redactions) |
| 713 | Pages 1438 from Messages Between Dustin Curry & Clint Carr Dated 04.22.2016 | 802 (as to Curry, "Rita Miller" and unnamed person) 402, 403, 404 (redactions) |
| 714 | Pages 1471-79 from Messages Between DustinCurry & Clint Carr Various Dates | 802 (as to Curry) 402, 403, 404 (redactions) 404 |
| 715 | Pages 1494 from Messages Between Dustin Curry & Clint Carr Dated 05.10.2016 | 802 (as to Curry) |
| 716 | Pages 1496 from Messages Between Dustin Curry & Clint Carr Dated 05.01.2016 | 802 (as to Curry) |
| 717 | Pages 1502-19 from Messages Between DustinCurry & Clint Carr Various Dates | 802 (as to Curry, Sajan and Melissa Turnbaugh) 402, 403, 404 (redactions) |
| 718 | Pages 1531-35 from Messages Between DustinCurry & Clint Carr Various Dates | 802 (as to Curry) |
| 719 | Pages 1538-43 from Messages Between DustinCurry & Clint Carr Dated 05.23.2016 | 802 (as to Curry) 402, 403, 404 (redactions) |

| 720 | Pages 1545-47 from Messages Between DustinCurry & Clint Carr Various Dates | 802 (as to Curry) 402, 403, 404 (redactions) |
|---|---|---|
| 721 | Pages 1559-62 from Messages Between DustinCurry & Clint Carr Various Dates | 802 (as to Curry and Curry's Dad) 402, 403, 404 (redactions) |
| 722 | Pages 1576-79 from Messages Between DustinCurry & Clint Carr Dated 06.01.2016 | 802 (as to Curry) 402, 403, 404 |
| 723 | Pages 1586 from Messages Between Dustin Curry& Clint Carr Dated 06.03.2016 | 802 (as to Curry) |
| 724 | Pages 1593-95 from Messages Between DustinCurry & Clint Carr 06.04.2016 | 802 (as to Curry) 402, 403, 404 (redactions) |
| 725 | Pages 1653-59 from Messages Between DustinCurry & Clint Carr Dated 06.15.0216 | 802 (as to Curry, Shana and "Rita") 402, 403, 404 (redactions) |
| 726 | Pages 1668-69 from Messages Between DustinCurry & Clint Carr Dated 06.18.2016 | 802 (as to Curry and Rita) 402, 403, 404 (redactions) |
| 727 | Pages 1742-44 from Messages Between DustinCurry & Clint Carr Dated 07.05.2016 | 802 (as to Curry and Rhonda) 402, 403, 404 (redactions) |
| 728 | Pages 1770 from Messages Between Dustin Curry& Clint Carr Dated 07.12.2016 | 802 (as to Curry and Derrick) |
| 729 | Pages 1847-48 from Messages Between DustinCurry & Clint Carr Various Dates | 802 (as to Curry and Debbie) |
| 730 | Pages 1858-60 from Messages Between DustinCurry & Clint Carr Dated 08.05.2016 | 802 (as to Curry and Rhonda Edmondson) 402, 403, 404 (redactions) |
| 731 | Pages 1884-91 from Messages Between DustinCurry & Clint Carr Various Dates | 802 (as to Curry, Curry's father, blog posts and news articles) 402, 403, 404 (redactions) |
| 732 | Pages 1923-25 from Messages Between DustinCurry & Clint Carr Various Dates | 802 (as to Curry) 402, 403, 404 (redactions) |
| 733 | Pages 1929-30 from Messages Between DustinCurry & Clint Carr Dated 08.25.2016 | 802 (as to Curry) |

| | | |
|---|---|---|
| 734 | Pages 1953 from Messages Between Dustin Curry & Clint Carr Dated 09.02.2016 | 802 (as to Curry) |
| 735 | Pages 2030-31 from Messages Between DustinCurry & Clint Carr Dated 09.20.2016 | 802 (as to Curry) 402, 403, 404 (redactions) |
| 736 | Pages 2056-57 from Messages Between DustinCurry & Clint Carr Various Dates | 802 (as to Curry) |
| 737 | Pages 2087 from Messages Between Dustin Curry & Clint Carr Dated 10.05.2016 | 802 (as to Curry) 402, 403, 404 (redactions) |
| 738 | Pages 2093-94 from Messages Between DustinCurry & Clint Carr Various Dates | 802 (as to Curry) 402, 403, 404 (redactions) |
| 739 | Pages 2101 from Messages Between Dustin Curry & Clint Carr Various Dates | 802 (as to Curry) 402, 403, 404 (redactions) |
| 740 | Pages 2101-04 from Messages Between DustinCurry & Clint Carr Various Dates | 802 (as to Curry) 402, 403, 404 (redactions) |
| 741 | Pages 2107-11 from Messages Between DustinCurry & Clint Carr Dated 10.11.2016 | 802 (as to Curry) 402, 403, 404 (redactions) |
| 742 | Pages 2117 from Messages Between Dustin Curry & Clint Carr Dated 10.13.2016 | 802 (as to Curry) 402, 403, 404 (redactions) |
| 743 | Pages 2124 from Messages Between Dustin Curry & Clint Carr Various Dates. | 802 (as to Curry) 402, 403, 404 (redactions) |
| 744 | Pages 2135 from Messages Between Dustin Curry & Clint Carr Dated 10.20.2016 | 802 (as to Curry) 402, 403, 404 (redactions) |
| 745 | Pages 2181-82 from Messages Between DustinCurry & Clint Carr Various Dates | 802 (as to Curry) 402, 403, 404 (redactions) |
| 746 | Pages 2196 from Messages Between Dustin Curry & Clint Carr Various Dates | 802 (as to Curry) 402, 403, 404 (redactions) |
| 747 | Pages 2237 from Messages Between Dustin Curry & Clint Carr Dated 11.17.2016 | 802 (as to Curry) |
| 748 | Pages 2275 from Messages Between Dustin Curry & Clint Carr Various Dates | 802 (as to Curry) |
| 749 | Pages 2280-82 from Messages Between DustinCurry & Clint Carr Various Dates | 802 (as to Curry) 402, 403, 404 (redactions) |
| 750 | Pages 2290 from Messages Between Dustin Curry & Clint Carr Various Dates | 802 (as to Curry) |

| | | |
|---|---|---|
| 751 | Pages 2296 from Messages Between Dustin Curry & Clint Carr Various Dates | 802 (as to Curry) |
| 752 | Pages 2303-06 from Messages Between DustinCurry & Clint Carr Various Dates | 802 (as to Curry) 402, 403, 404 (redactions) |
| 753 | Pages 2313-14 from Messages Between DustinCurry & Clint Carr Various Dates | 802 (as to Curry) 402, 403, 404 (redactions) |
| 754 | Pages 2331 from Messages Between Dustin Curry & Clint Carr Dated 12.28.2016 | 802 (as to Curry) |
| 755 | Pages 2353-56 from Messages Between DustinCurry & Clint Carr Various Dates | 802 (as to Curry) 402, 403, 404 (redactions) |
| 756 | Pages 2135 from Messages Between Dustin Curry & Clint Carr Dated 10.20.2016 | 802 (as to Curry) 402, 403, 404 (redactions) |
| 757 | Pages 2181-82 from Messages Between DustinCurry & Clint Carr Various Dates | 802 (as to Curry and Chase) |
| 758 | Pages 2196 from Messages Between Dustin Curry & Clint Carr Various Dates | 802 (as to Curry) 402, 403, 404 (redactions) |
| 759 | Pages 2237 from Messages Between Dustin Curry & Clint Carr Dated 11.17.2016 | 802 (as to Curry) 402, 403, 404 |
| 760 | Pages 2275 from Messages Between Dustin Curry & Clint Carr Various Dates | 802 (as to Curry) 402, 403, 404 (redactions) |
| 761 | Pages 2280-82 from Messages Between DustinCurry & Clint Carr Various Dates | 802 (as to Curry) 402, 403, 404 |
| 762 | Pages 2290 from Messages Between Dustin Curry & Clint Carr Various Dates | 802 (as to Curry) 402, 403, 404 (redactions) |
| 763 | Pages 2296 from Messages Between Dustin Curry & Clint Carr Various Dates | 802 (as to Curry and Craig) |
| 764 | Pages 2303-06 from Messages Between DustinCurry & Clint Carr Various Dates | 802 (as to Curry) |
| 765 | Pages 2313-14 from Messages Between DustinCurry & Clint Carr Various Dates | 802 (as to Curry) |
| 766 | Pages 2331 from Messages Between Dustin Curry & Clint Carr Dated 12.28.2016 | 802 (as to Curry, Jeremy and Inspector) |
| 767 | Pages 2353-56 from Messages Between DustinCurry & Clint Carr Various Dates | 802 (as to Curry and Crystal) 402, 403, 404 (redactions) |
| 768 | Pages 2683 from Messages Between Dustin Curry & Clint Carr Dated 04.18.2017 | 802 (as to Curry) |

| | | |
|---|---|---|
| | | 402, 403, 404 (redactions) |
| 769 | Pages 2767-68 from Messages Between DustinCurry & Clint Carr Dated 06.05.2017 | 802 (as to Curry and Tyler) 402, 403, 404 |
| 770 | Pages 2774-76 from Messages Between DustinCurry & Clint Carr Dated 06.17.2017 | 802 (as to Curry, Sanchez and Eric Hue) 402, 403, 404 (redactions) |
| 771 | Pages 2778 from Messages Between Dustin Curry& Clint Carr Dated 06.08.2017 | 802 (as to Curry) 402, 403, 404 (redactions) |
| 772 | Pages 2828 from Messages Between Dustin Curry& Clint Carr Dated 07.06.2017 | 802 (as to Curry) 402, 403, 404 (redactions) |
| 773 | Pages 2847 from Messages Between Dustin Curry& Clint Carr Dated 07.17.2021 | 802 (as to Melissa Turnbaugh) |
| 774 | Pages 2854-55 from Messages Between DustinCurry & Clint Carr Dated 07.20.2017 | 802 (as to Curry) 402, 403, 404 |
| 775 | Pages 2887-88 from Messages Between DustinCurry & Clint Carr Various Dates | 802 (as to Curry) 402, 403, 404 (redactions) |
| 776 | Pages 2901-03 from Messages Between DustinCurry & Clint Carr Various Dates | 802 (as to Curry) 402, 403, 404 (redactions) |
| 777 | Pages 2920-21 from Messages Between DustinCurry & Clint Carr Various Date | 802 (as to Curry) 402, 403, 404 |
| 778 | Pages 2955 from Messages Between Dustin Curry& Clint Carr Dated 09.08.2017 | 802 (as to Curry) 402, 403, 404 (redactions) |
| 779 | Pages 3005 from Messages Between Dustin Curry& Clint Carr Dated 10.14.2017 | 802 (as to Curry and Barnes) |
| 780 | Pages 3032 from Messages Between Dustin Curry& Clint Carr Various Dates | 802 (as to Curry and Barnes) 402, 403, 404 (redactions) |
| 781 | Pages 3049-50 from Messages Between DustinCurry & Clint Carr Various Dates | 802 (as to Curry and Jonathon) 402, 403, 404 (redactions) |
| 782-784 | *Intentionally Left Blank* | |
| 785 | Hassan Barnes's Contact Info | Withdrawn by Government |
| 786 | Pages 8-13 from Messages - Hassan BarnesVarious Dates | Withdrawn by Government |

| | | |
|---|---|---|
| 787 | Pages 21-25 from Messages - Hassan Barnes-3 Various Dates | Withdrawn by Government |
| 788 | Pages 28-29 from Messages - Hassan Barnes-4 Various Dates | Withdrawn by Government |
| 789 | Pages 42 from Messages - Hassan Barnes-5 Various Dates | Withdrawn by Government |
| 790 | Pages 45-46 from Messages - Hassan Barnes-6 Various Dates | Withdrawn by Government |
| 791 | Contact Info for "R.M. Old" | 104 |
| 792 | Text Messages between Dustin Curry and "R.M.Old" | 802 |
| 793 | Contact info for "R.M. New" | 104 |
| 794 | Text Messages between Dustin Curry and R.M.New | 802 |
| 795-796 | *Intentionally Left Blank* | |
| 797 | Text Messages between Dustin Curry, Hassan Barnes, and Clint Carr on October 17 and 27, 2017 | 802 (except as to Defendant Carr). |
| 798-800 | *Intentionally Left Blank* | |
| 801 | Photos of Items Found at Frasiel Hughey's House | 105 |
| 802 | Search Warrant Entry Video of Frasiel Hughey's House | 105 |
| 803 | Frasiel Hughey's Recorded Statement | 105<br>802 (as to Defendant Carr) |
| 804 | Transcript of Frasiel Hughey's Statement | 105<br>802 (as to Defendant Carr) |
| 805 | Dr. Linh Nguyen Prescriptions | None |
| 806 | Dr. Hui Kang Prescriptions | None |
| 807 | Dr. Marcos Ikeda Prescriptions | None |
| 808 | Paper Fentanyl Prescription | None |
| 809 | Dr. Patricia Salvato Prescription | None |
| 810 | Blank Prescription Paper | 104, 105 |
| 811 | Photo found on Frasiel Hughey's Computer of Prescriptions | 105 |
| 812 | Identifications | None |
| 813 | Drug Ledger | 104, 105 |
| 814-900 | *Intentionally Left Blank* | |
| 901 | Summary Exhibit of Controlled Substances Dispensed | 104 |
| 902 | Summary Exhibit of Hydrocodone Dispensing by Strength | 104 |
| 903 | Summary Exhibit of Oxycodone Dispensing by Strength | 104 |
| 904 | Summary Exhibit of Alprazolam Dispensing by Strength | 104 |
| 905 | Summary Exhibit of Carisoprodol Dispensing by Strength | 104 |
| 906 | Top Prescribers of Schedule II Drugs Dispensed at CC Pharmacy | 104 |
| 907 | Summary Exhibit of Drugs Dispensed Under Dr. Buckwold's Name | 104 |

| | | |
|---|---|---|
| 908 | Summary Exhibit of Drugs Dispensed Under Dr. Wadiwala's Name | 104 |
| 909 | Summary Exhibit of Drugs Dispensed Under Dr. Oscar Williams's Name | 104 |
| 910 | Summary Exhibit of Drugs Dispensed Using Names of people found at Hughey's House | 104, 105 |
| 911 | Summary Exhibit of Drugs Dispensed on January 11, 2017 Using Names on IDs Found at Hughey's House | 104, 105 |
| 912 | Summary Exhibit of Drugs Dispensed Under Dr. Ikeda's Name | 104 |
| 913 | Summary Exhibit of Drugs Dispensed Under Dr. Linh Nguyen's Name | 104 |
| 914-920 | *Intentionally Left Blank* | |
| 921 | Subpoenaed Accounts | None |
| 922 | CC Pharmacy Accounts | None |
| 923 | CC Pharmacy 2 Accounts | None |
| 924 | CC Pharmacy 3 Accounts | None |
| 925 | Funding of CC Pharmacy JPMC *2082 | 104 |
| 926 | Funding of CC Pharmacy WF *8239 | 104 |
| 927 | Funding of CC Pharmacy BOA *1885 | 104 |
| 928 | Funding of CC Pharmacy 2 JPMC *8826 | 104 |
| 929 | Funding of CC Pharmacy 2 BOA *1898 | 104 |
| 930 | Funding of CC Pharmacy 3 BOA *7182 | 104 |
| 931 | Summary of Cash Deposits | 104 |
| 932 | Graph of Cash Deposits by Month | 104 |
| 933 | Cash Deposit by Range ($1,000) | 104 |
| 934 | Graph of Cash Deposits by Range | 104 |
| 935 | Cash Deposits 12/6/16 – 12/7/16 | 104 |
| 936 | Cash Deposits 12/19/16 – 12/23/16 | 104 |
| 937 | Cash Deposits 1/19/17 – 1/20/17 | 104 |
| 938 | Cash Deposits 2/3/17 – 2/6/17 | 104 |
| 93 | Deposits in CC Pharmacy 2 JPMC *8826 Before Purchase from Russel & Smith Ford (2/24/17) | 104 |
| 940 | Deposits in CC Pharmacy BOA *1885 Before Purchase from Sterling McCall Ford (3/17/17) | 104 |
| 941 | Purchases from Pharmaceutical Wholesalers | 104 |
| 942 | Carr Sources of Income | 104 |
| 942 | Curry Sources of Income | 104 |
| 944 | Deposit Groups Greater than $10,000 | 104 |
| 945 | Combined Accounts | 104 |
| 946 | Summary of Deposits | 104 |
| 947-950 | *Intentionally Left Blank* | |
| 951 | ARCOS Purchases by CC Pharmacy, CC Pharmacy 2, and CC Pharmacy 3 | 104 |

| 952 | ARCOS Purchases by CC Pharmacy | 104 |
|---|---|---|
| 953 | ARCOS Purchases by CC Pharmacy 2 | 104 |
| 954 | ARCOS Purchases by CC Pharmacy 3 | 104 |
| 955-960 | *Intentionally Left Blank* | |
| 961 | Summary of Invoices (GEXs 101-109) | 104 |
| 962 | Summary of Rita Miller Invoices GEX 101 | 104 |
| 963 | Summary of Derek Wilson Invoices GEX 102 | 104 |

## **DEFINITIONS OF OBJECTIONS**

(A)  104: Foundation required.

(B)  402: Exhibit is not relevant to any issue that will be submitted to the jury.

(C)  403: Any probative value of the exhibit is substantially outweighed by a danger of one or more of the following: unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence.

(D)  404: Exhibit relates to an alleged prior bad act, is inadmissible to prove a person's character in order to show that on a particular occasion the person acted in accordance with the character, and is not admissible for another, proper purpose.

(E)  702:  Exhibit contains undisclosed expert testimony.

(F)  802: Exhibit contains inadmissible hearsay for which no exception applies.

Respectfully submitted,

GREGOR | WYNNE | ARNEY, PLLC

By: */s/ Michael J. Wynne*
    Michael J. Wynne
    Attorney at Law
    Texas State Bar No. 00785289
    Jim Turner
    Texas State Bar No. 20316950
    909 Fannin Street, Suite 3800
    Houston, TX 77010
    Telephone: (281) 450-7403
    mwynne@gcfirm.com
    jtuner@gcfirm.com

    and

HUGHES ARRELL KINCHEN LLP

By: */s/ John B. Kinchen*
    John Kinchen
    Federal ID No. 18184
    Texas Bar No. 00791027
    jkinchen@hakllp.com
    1221 McKinney, Suite 3150
    Houston, Texas 77010
    Telephone: 713.403.2064
    Facsimile: 713.568.1747

**COUNSEL FOR DEFENDANT CLINT CARR**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document was served upon counsel of record on this 22nd day of February 2022.

By: */s/ Michael J. Wynne*
    Michael J. Wynne