United States District Court
Southern District of Texas
**ENTERED**
February 25, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CRIMINAL NUMBER H-18-339-02 |
| CLINT CARR, | § § | |
| Defendant. | § § | |

## ORDER

Having carefully considered Defendant Carr's Opposed Motion for Reconsideration of Court's Order Denying Carr's Motion to Dismiss Indictment (Docket Entry No. 271) and the United States' Response in Opposition to Carr's Motion for Reconsideration of Court's Order Denying Carr's Motion to Dismiss Indictment (Docket Entry No. 272), the court concludes that Defendant Carr's Opposed Motion for Reconsideration of Court's Order Denying Carr's Motion to Dismiss Indictment (Docket Entry No. 271) should be and is hereby **DENIED**.

**SIGNED** at Houston, Texas, on this 25th day of February, 2022.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE