| | |
|---|---|
| U.S. District Judge __**SIM LAKE**__ | Clerk, U.S. District Court |
| Case Manager __S. ANDERSON__   Rptr / ~~ERO~~ __K. MILLER__ | Southern District of Texas |
| Law Clerk __J. WEST__   USPO _____ | FILED |
| | __February 28, 2022__ |
| Time __|__ __|__ A.M.   __1:00__ | __4:30__ P.M. | Nathan Oschner, Clerk |
|    begin   end                   begin    end | |

CR. No. __4:18-cr-339__   Deft. No. __2__

United States of America     §     __Devon Helfmeyer / Courtney Chester__   AUSA
                             §     _____   AUSA
vs.                          §
                             §
__CLINT CARR__               §     __Michael Wynne / John Kinchen__   Retained

### 1st Day of Jury / ~~Bench~~ Trial

☐ Deft _____ failed to appear, bench warrant to issue.   ☐ Bench trial begins.
■ Voir dire begins.   ■ Jury selected and sworn.   ■ Jury trial begins.
■ Govt presented evidence   ☐ Deft presented evidence.   ☐ Evidence concluded.
☐ Final arguments.   ☐ Court's charge to the jury.   ☐ Jury deliberating.
☐ Jury verdict   ☐ guilty/cts _____   ☐ not guilty/cts _____
☐ Court verdict   ☐ guilty/cts _____   ☐ not guilty/cts _____
☐ Order for PSI setting Disclosure and Sentencing dates signed.   ☐ Trial ends.
☐ Sentencing set _____ at _____.
■ Deft __1__ to remain on bond.
☐ Deft _____ oral motion to remain on bond pending sentencing   ☐ Granted   ☐ Denied.
☐ Deft _____ bond ☐ set at $ _____   ☐ Cash   ☐ Surety   ☐ 10%   ☐ PR.
☐ Govt oral motion to remand deft _____ to custody pending sentencing   ☐ Granted   ☐ Denied.
☐ Deft _____ remanded to custody.

Rulings:  1. Govt's Witness testimony presented.
          2. Govt's exhibits admitted as noted in the record.
          3.
          4.

Other:    1. Preliminary matters addressed by the court as noted in the record.
          2. Juror #1 released from further service at conclusion of 1st day of jury trial.

Adjourned until: __March 1, 2022 at 8:30 a.m.__ .