| | |
|---|---|
| U.S. DISTRICT JUDGE **SIM LAKE** | CLERK, U.S. DISTRICT COURT |
| CASE MANAGER  S. ANDERSON     RPTR / ~~ERO~~  K. MILLER | SOUTHERN DISTRICT OF TEXAS |
| LAW CLERK  J. WEST     USPO _____ | FILED |
| | March 3, 2022 |
| TIME  8:30 AM (begin) | 11:45 P.M. (end)    12:45 (begin) | 3:30 P.M. (end) | NATHAN OSCHNER, CLERK |

CR. NO.  4:18-cr-339     DEFT. NO.  2

UNITED STATES OF AMERICA      §   Devon Helfmeyer / Courtney Chester   AUSA
                                                                                                                AUSA
vs.

  CLINT CARR                            §   Michael Wynne / John Kinchen      Retained

### 4th Day of Jury / ~~Bench~~ Trial

☐ Deft _____ failed to appear, bench warrant to issue.     ☐ Bench trial begins.
☐ Voir dire begins.    ☐ Jury selected and sworn.    ☒ Jury trial ~~begins~~ / continued.
☒ Govt presented evidence.    ☐ Govt rests.
☐ Deft presented no evidence.    ☐ Deft rests.
☒ Jury adjourned until:  3/7/22 at 8:30 am  .
☒ Charge Conference held with all Counsel
☐ Court's charge to the jury.    ☐ Jury deliberating.
☐ Jury verdict  ☐ guilty/cts _____    ☐ not guilty/cts _____
☐ Court verdict ☐ guilty/cts _____    ☐ not guilty/cts _____
☐ Order for PSI setting Disclosure and Sentencing dates signed.   ☐ Trial ends.
☐ Sentencing set _____ at _____ .
☒ Deft  1  to remain on bond.
☐ Deft _____ oral motion to remain on bond pending sentencing ☐ Granted ☐ Denied.
☐ Deft _____ bond ☐ set at $ _____  ☐ Cash ☐ Surety ☐ 10% ☐ PR.
☐ Govt oral motion to remand deft _____ to custody pending sentencing ☐ Granted ☐ Denied.
☐ Deft _____ remanded to custody.

*Rulings*:   1. Govt's Witness testimony presented.
         2. Govt's Exhibits admitted as noted in the record.
         3. Jury charge conference held.  Counsel for the Govt will prepare the final version of the jury charge as discussed and provide it to counsel for the defense as soon as possible, and provide it to the court on Monday morning.

*Other*:   1. Each side will have 45 minutes to present closing arguments.

Adjourned until:  March 7, 2022 at 8:30 a.m.  .