**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA § | Criminal No. 18-CR-339 | |
| Plaintiffs, § | | |
| § | SIM LAKE | |
| v. § | District Judge | |
| § | | |
| § | Sheila Anderson | Lanie Smith |
| CLINT CARR § | Case Manager | Court Reporter |
| Defendant. § | | |
| § | Jury Trial | |
| § | Proceeding | |

**ORDER ON DEFENDANT CLINT CARR'S MOTION FOR RELEASE PENDING SENTENCING**

The Court has considered Defendant Clint Carr's Motion for Release Pending Sentencing, as well as the representations of Counsel for both parties and the substantial volume of testimonial evidence presented at trial, which concluded March 7, 2022. The Court has determined that pursuant to 18 U.S.C. Section 3145(c), it has been clearly shown that there are exceptional reasons why Defendant Carr' detention pending sentencing would not be appropriate. It is accordingly ORDERED that Defendant Clint Carr shall be released pending sentencing, subject to the following conditions:

1. Home confinement, the scope of which would be determined in consultation with U.S. Pretrial Service to ensure strict compliance;

2. Electronic monitoring;

3. that Defendant's parents co-sign the bond; and

4. that $250,000.00 be posted as bond, secured by both the unencumbered personal residence of Defendants' parents and their unencumbered lake house property in Montgomery County;

Signed in Houston, Texas on this ___ day of March, 2022.

> _____
> UNITED STATES DISTRICT JUDGE