United States Courts Southern
District of Texas
FILED

*March 7, 2022*

Nathan Ochsner, Clerk of Court

U.S. DISTRICT JUDGE ___**SIM LAKE**___

CASE MANAGER ___S. ANDERSON___   RPTR / ~~ERO~~ ___K. MILLER___

LAW CLERK ___J. WEST___   USPO _____

TIME _8:30_ | _10:15_ A.M. _1:00_ | _5:30_ P.M.   DATE: MARCH 7, 2022
    begin       end       begin       end

CR. NO. ___4:18-cr-339___  DEFT. NO. ___2___

UNITED STATES OF AMERICA            §   ___D. Helfmeyer, C. Chester___  AUSA

vs.                                 §

___CLINT  CARR___                    §   ___M. Wynne, J. Kinchen___  CJA

---

### 5th Day of Jury / ~~Bench~~ Trial

☐ Deft _____ failed to appear, bench warrant to issue.   ☐ Bench trial begins.

☐ Voir dire begins.   ☐ Jury selected and sworn.   ☐ Jury trial begins.

☑ Govt presented evidence   ☑ Deft presented evidence.   ☑ Evidence concluded.

☑ Final arguments.   ☑ Court's charge to the jury.   ☑ Jury deliberating.

☑ Jury verdict   ☑ guilty/cts 1,2,3,4,5,6,7, and 8   ☐ not guilty/cts _____

☐ Court verdict ☐ guilty/cts _____   ☐ not guilty/cts _____

☑ Order for PSI setting Disclosure and Sentencing dates signed.   ☑ Trial ends.

☑ Sentencing set  May 27, 2022  at  2:00 p.m.

☑ Deft ___2___ to remain on bond.

☑ Deft ___2___ oral motion to remain on bond pending sentencing  ☐ Granted ☐ Denied ☑ Carried.

☐ Deft _____ bond ☐ set at $ _____  ☐ Cash ☐ Surety ☐ 10% ☐ PR.

☑ Govt oral motion to remand deft ___2___ to custody pending sentencing  ☐ Granted ☐ Denied ☑ Carried.

☐ Deft _____ remanded to custody.

Rulings: __1. Govt' Witness testimony presented.  2. Govt's exhibits admitted as noted in the record.__ __3. Govt' rests.__
4. Defendant Witness testimony presented. _____

_____

Other:  Defense counsel shall file a written motion for bond pending sentencing by 1:00 p.m. Tuesday, March 8, 2022.
Other post trial motions shall be filed by March 25, 2022, and responses shall be filed by April 15, 2022. _____

_____

_____

Adjourned until: _____.