UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) Criminal No.: H-18-CR-00339 |
| CLINT CARR and FRASIEL HUGHEY, | ) |
| Defendants. | ) |

**DEFENDANT CARR'S THIRD AMENDED PRETRIAL EXHIBIT LIST**

Defendant Clint Carr ("Carr"), by and through the undersigned counsel, notifies the Court that he may seek to introduce some or all of the following exhibits as evidence at trial depending on (1) the Government's presentation of its case at trial and (2) the Court's rulings on Government exhibits to which Carr is objecting. Accordingly, Carr is not moving for admission of any of the following exhibits at this time.

| NO | DESCRIPTION | OFFER | OBJ | DATE ADMIT | N/ADM |
| --- | --- | --- | --- | --- | --- |
| 1. | CC Pharmacy, LLC Business Plan, dated February 2016  *business plan*  DOJ_CCPHARMACY-0063250 | ✓ | ✓ | 3/2/22 | |
| 2. | DEA 6 – Interview of Dustin Curry, dated March 27, 2019 DOJ_CCPHARMACY-0070966 | | | | |
| 3. | DEA 6 – Interview of Adam Long, dated November 29, 2017 [August 2, 2018 Production; Discovery USB 1] | | | | |
| 4. | DEA 6 – Interview of Craig Alcorn, dated May 22, 2018 DOJ_CCPHARMACY-0012233 | | | | |
| 5. | DEA 6 – Interview of Jeremy Newberry, dated August 17, 2017 DOJ_CCPHARMACY-0012252 | | | | |
| 6. | CCP2 Power of Attorney for DEA Forms 222 | | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | FILTER-CCRXPHYSICAL-0000000041 |  |  |  |  |
| 7. | Carr-Curry text messages dated 10/10/14 (GEX 702) DOJ_CCPHARMACY-0072659 | ✓ |  | 3/2/22 |  |
| 8. | Carr-Curry text messages dated 1/13/16 (GEX 708) DOJ_CCPHARMACY-0073774 [*Withdrawn*] |  |  |  |  |
| 9. | Carr-Curry text messages dated 5/14/16 (GEX714) DOJ_CCPHARMACY-0074104 [*Withdrawn*] |  |  |  |  |
| 10. | Carr-Curry text messages dated 5/11/16 (GEX 716) DOJ_CCPHARMACY-0074129 |  |  |  |  |
| 11. | Carr-Curry text messages dated 5/12/16 (GEX 717) DOJ_CCPHARMACY-0074135 |  |  |  |  |
| 12. | Carr-Curry text messages dated 5/19/16 (GEX 718) DOJ_CCPHARMACY-0074164 [*Withdrawn*] |  |  |  |  |
| 13. | Carr-Curry text messages dated 5/23/16 (GEX 719) DOJ_CCPHARMACY-0074171 [*Withdrawn*] |  |  |  |  |
| 14. | July 11, 2017 email between Sanchez, Long and Newberry re Daily Shipment Report [August 2, 2018 Production; Discovery USB 1] |  |  |  |  |
| 15. | July 14, 2017 email between Carr, Sanchez, Newberry, Curry and Long re Houston Trip DOJ_CCPHARMACY-0007735 | ✓ |  | 3/1/22 |  |
| 16. | August 15, 2017 email between Sanchez, Carr, Curry, Long and Newberry re Resignation DOJ_CCPHARMACY-0007737 | ✓ |  | ˮ |  |
| 17. | DEA 6 – Proffer Interview of Dustin Curry, dated May 9, 2019 DOJ_CCPHARMACY-0070977 |  |  |  |  |
| 18. | Carr-Curry text messages, DATED October 7, 2014 (Reduced to pgs. 23-24) DOJ_CCPHARMACY-0072656 |  |  |  |  |
| 19. | Carr-Curry text messages, dated February 10, 2015 |  |  |  |  |

|     | | | | | |
| --- | --- | --- | --- | --- | --- |
|     | (Pg. 94) DOJ_CCPHARMACY-0072727 | | | | |
| 20. | Carr-Curry text messages, dated February 13, 2015 (Pg. 108) DOJ_CCPHARMACY-0072741 | | | | |
| 21. | Carr-Curry text messages, dated March 13, 2015 (Pg. 168-169) DOJ_CCPHARMACY-0072801 | | | | |
| 22. | Carr-Curry text messages, dated April 22, 2016 (GEX 713) DOJ_CCPHARMACY-0074071 | | | | |
| 23. | Carr-Curry text messages, dated August 4, 2016 (Pg. 1850-1851) DOJ_CCPHARMACY-0074484 | ✓ | | 3/3/22 | |
| 24. | Carr-Curry text messages, dated April 10, 2015 DOJ_CCPHARMACY-0076573 | | | | |
| 25. | Nevada Ch. 639 – Pharmacists and Pharmacy [https://www.leg.state.nv.us/nrs/NRS-639.html#NRS639Sec235] | | | | |
| 26. | Pharmacist's Manual, An Informational Outline of the Controlled Substances Act [https://www.deadiversion.usdoj.gov/GDP/(DEA-DC-046)(EO-DEA154)_Pharmacist_Manual.pdf] | | | | |
| 27. | Photos of CC Pharmacy interior (pickup window) taken by USDOJ  1 Page | ✓ | | 3/1/22 | |
| 28. | Texas State Board of Pharmacy website [https://www.pharmacy.texas.gov/consumer/broch4.asp] | | | | |
| 29. | Dustin Curry Sealed Plea Agreement DOJ_CCPHARMACY-0077314 | ✓ | | 3/2/22 | |
| 30. | Email communication dated 8-16-17 from Megan Hanson to James Soto Subject: Form DEA 222 from Clint Carr at CC Pharmacy 3 dated 8-16-17 [August 2, 2018 Production; Discovery USB 1] | | | | |
| 31. | Email communication from Jose Sanchez to Clint Carr Re: CII Transfers dated 6-22-17 [August 2, 2018 Production; Discovery USB 1] | | | | |
| 32. | DV Medical Advertisement Flyer for | | | | |

|  | | | | | |
|---|---|---|---|---|---|
|  | Controlled Substances Fall 2016 and New Account Paperwork<br>DOJ_CCPHARMACY-0055571 | | | | |
| 33. | Email to Clint from Dustin<br>DOJ_CCPHARMACY-0007720 | | | | |
| 34. | *Intentionally Omitted* | | | | |
| 35. | Email communication from Jeffrey Pitts to Clint Carr Subject Pharmacy start up dated 1-31-17<br>DOJ_CCPHARMACY-0079030<br>[*Withdrawn*] | | | | |
| 36. | Email communication from Merideth Leighty to Eric Guelzow Re: CC Pharmacies<br>DOJ_CCPHARMACY-0071731 | | | | |
| 37. | Hughey Check $3670 dated 11-28-17<br>DOJ_CCPHARMACY-0012571 | | | | |
| 38. | Pharmacy Reference Library<br>FILTER-CCRXDIGITAL-0000022211 | | | | |
| 39. | Limited Power of Attorney of Clint Carr to Dustin Curry<br>FILTER-CCRXDIGITAL- 0000000043 | | | | |
| 40. | Auburn Compliance Questionnaire and Letter from Crystal Payne dated 7-6-16<br>DOJ_CCPHARMACY-0054591 | | | | |
| 41. | Albertsons Companies Buy Out Letter dated 7-28-17<br>DOJ_CCPHARMACY-0055965 | | | | |
| 42. | Company Agreement of CC Pharmacy, LLC<br>FILTER-CCRXDIGITAL-0000022202 | | | | |
| 43. | CC Pharmacy 2 Balance Sheet as of 12-31-16<br>DOJ_CCPHARMACY-0053054 | | | | |
| 44. | CC Pharmacy Profit and Loss January-February 2017<br>FILTER-CCRXDIGITAL-0000021988 | | | | |
| 45. | Franchise Tax Account Status Registration date 11-22-2016<br>FILTER-CCRXDIGITAL-0000022199 | | | | |
| 46. | CC Pharmacy 2 TSBP Application<br>FILTER-CCRXDIGITAL-0000022217 | | | | |
| 47. | CC Pharmacy 3 TSBP Application<br>FILTER-CCRXDIGITAL-0000022200 | | | | |
| 48. | Drug inventory of Non-controls<br>DOJ_CCPHARMACY-0064186 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 49. | Three checks to US Marshall Service dated 11-30-17<br>DOJ_CCPHARMACY-0012573 | | | | | |
| 50. | Two Checks to US Marshall Service 11-30-17<br>DOJ_CCPHARMACY-0012574 | | | | | |
| 51. | Letter to From Dr. Warfield's Manager, Nicole Price dated 7-28-17<br>DOJ_CCPHARMACY-0007757 | | | | | |
| 52. | Messages between Dustin Curry and Clint Carr, dated 7-5-16 [GEX727]<br>DOJ_CCPHARMACY-0074375 | | | | | |
| 53. | Email Communication from Jose Sanchez to Martin Ramirez Subject: Summary dated 6-29-17<br>[August 2, 2018 Production; Discovery USB 1] | | | | | |
| 54. | Clint Carr, Chelsea Carr 1040, 2015<br>DOJ_CCPHARMACY-0052794 | | | | | |
| 55. | Letter from Jayesh P. Ojha CPA to Clint Carr dated 3-21-17<br>DOJ_CCPHARMACY-0052859 | | | | | |
| 56. | C&C Pharmacy 1065, 2016<br>DOJ_CCPHARMACY-0052875 | | | | | |
| 57. | Letter from Jayesh P. Ojha CPA to Client dated 2-1-18<br>DOJ_CCPHARMACY-0052891 | | | | | |
| 58. | Letter from Jay Ojha ref: Clint and Chelsea Carr mortgage 4-4-17<br>DOJ_CCPHARMACY-0052951 | | | | | |
| 59. | Letter from Jay Ojha CPA to Client dated 3-29-17<br>FILTER-CCRXDIGITAL-0000022277 | | | | | |
| 60. | CC Pharmacy 3 Letter from Texas Comptroller of Public Accounts dated 12-9-16<br>FILTER-CCRXDIGITAL-0000022195 | | | | | |
| 61. | CC Pharmacy 3 Letter from IRS Assigning EIN Number dated 11-14-16<br>DOJ_CCPHARMACY-0053686 | | | | | |
| 62. | Resume of Jose A. Sanchez<br>FILTER-CCRXDIGITAL-0000083737 | | | | | |
| 63. | June 7, 2017 email re CC Pharmacy<br>FILTER-CCRXDIGITAL-0000109564 | | | | | |
| 64. | Jose Sanchez Employment Agreement<br>FILTER-CCRXDIGITAL-0000083501 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 65. | CC Pharmacy POA - DEA From 222<br>FILTER-CCRXDIGITAL-0000024298 | | | | |
| 66. | July 12, 2017 email re Fw CII Transfers<br>[August 2, 2018 Production;<br>Discovery USB 1] | | | | |
| 67. | July 12, 2017 email re Fw POA<br>[August 2, 2018 Production;<br>Discovery USB 1] | | | | |
| 68. | CC Pharmacy 2 PoA<br>FILTER-CCRXDIGITAL-0000083514 | ✓ | | 3/3/22 | |
| 69. | CC Pharmacy PoA<br>FILTER-CCRXPHYSICAL-0000000040 | | | | |
| 70. | July 12, 2017 email re Fw Shipment<br>[August 2, 2018 Production;<br>Discovery USB 1] | | | | |
| 71. | July 12, 2017 email re Fw Update<br>[August 2, 2018 Production;<br>Discovery USB 1] | | | | |
| 72. | July 12, 2017 email re Fw CC Pharmacy 2 Reports<br>[August 2, 2018 Production;<br>Discovery USB 1] | | | | |
| 73. | July 12, 2017 email re Fw Controlled Drug Inventory<br>[August 2, 2018 Production;<br>Discovery USB 1] | | | | |
| 74. | July 12, 2017 email re Fw Daily Facility Shipment<br>[August 2, 2018 Production;<br>Discovery USB 1] | | | | |
| 75. | July 12, 2017 email re Fw Facility Shipment Report 7/7/17<br>[August 2, 2018 Production;<br>Discovery USB 1] | | | | |
| 76. | July 12, 2017 email re Fw Daily Script Inventory<br>[August 2, 2018 Production;<br>Discovery USB 1] | | | | |
| 77. | July 12, 2017 email re Fw Weekly Drug Transfer Shipment<br>[August 2, 2018 Production;<br>Discovery USB 1] | | | | |
| 78. | July 12, 2017 email re Fw Controlled Drug Inventory (1)<br>[August 2, 2018 Production;<br>Discovery USB 1] | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 79. | July 12, 2017 email re Fw Daily Script Inventory, Controlled Drug Inventory [August 2, 2018 Production; Discovery USB 1] | | | | | |
| 80. | July 12, 2017 email re Fw Today [August 2, 2018 Production; Discovery USB 1] | | | | | |
| 81. | July 12, 2017 re Fw Controlled Drug Inventory [August 2, 2018 Production; Discovery USB 1] | | | | | |
| 82. | July 12, 2017 email re Fw Daily Shipment Report [August 2, 2018 Production; Discovery USB 1] | | | | | |
| 83. | July 12, 2017 email re Fw 7/12/17 [August 2, 2018 Production; Discovery USB 1] | | | | | |
| 84. | July 12, 2017 email re Fw Controlled Inventory Facility Shipment 7/12/17 [August 2, 2018 Production; Discovery USB 1] | | | | | |
| 85. | July 12, 2017 email re Emails [August 2, 2018 Production; Discovery USB 1] | | | | | |
| 86. | July 13, 2017 email re Script Inventory[August 2, 2018 Production; Discovery USB 1] | | | | | |
| 87. | August 8, 2017 email re Fwd Facility Shipment Report 8/8/17 [August 2, 2018 Production; Discovery USB 1] | | | | | |
| 88. | August 15, 2017 email re Resignation [August 2, 2018 Production; Discovery USB 1] | | | | | |
| 89. | August 21, 2017 email re Controlled Substance Inventory [August 2, 2018 Production; Discovery USB 1] | | | | | |
| 90. | June 22, 2017 email between Sanchez, Carr and Curry re CII Transfers DOJ_CCPHARMACY-0006653 | | | | | |
| 91. | August 15th email from Carr to Sanchez, Long, Curry and Newberry DOJ_CCPHARMACY-0007711 | | | | | |

| # | Description | | | | |
|---|---|---|---|---|---|
| 92. | August 16th email from Sanchez to Carr, Long, Curry and Newberry<br>DOJ_CCPHARMACY-0007714 | | | | |
| 93. | August 17th email from Carr to Sanchez, Curry and Long<br>DOJ_CCPHARMACY-0007717 | | | | |
| 94. | July 12, 2017 email re 7/12/17<br>DOJ_CCPHARMACY-0007723 | | | | |
| 95. | July 6, 2017 email re CC Pharmacy 2 Reports<br>DOJ_CCPHARMACY-0007725 | | | | |
| 96. | July 26, 2017 email re Controlled Drug Inventory<br>DOJ_CCPHARMACY-0007728 | | | | |
| 97. | July 14, 2017 email re Houston Trip<br>DOJ_CCPHARMACY-0007735 | | | | |
| 98. | July 77, 2017 re Daily Shipment Report<br>DOJ_CCPHARMACY-0007732 | | | | |
| 99. | August 2, 2017 email re Floor Install<br>DOJ_CCPHARMACY-0007734 | | | | |
| 100. | August 15, 2017 email re Resignation<br>DOJ_CCPHARMACY-0007737 | ✓ | ✓ | 3/3/22 | |
| 101. | June 29, 2017 email re Shipment<br>DOJ_CCPHARMACY-0007739 | | | | |
| 102. | July 5, 2017 email re Update<br>DOJ_CCPHARMACY-0007736 | | | | |
| 103. | July 11, 2017 email re Today<br>DOJ_CCPHARMACY-0007741 | | | | |
| 104. | December 7, 2016 email re CC Pharmacy Houston Order<br>DOJ_CCPHARMACY-0012496 | | | | |
| 105. | April 25, 2017 email re CCRX2 Login<br>DOJ_CCPHARMACY-0012508 | | | | |
| 106. | April 11, 2017 email re CC Pharmacy and CC Pharmacy 2<br>DOJ_CCPHARMACY-0012497 | | | | |
| 107. | April 20, 2017email re CCRX2 PIC<br>DOJ_CCPHARMACY-0012499 | | | | |
| 108. | April 24, 2017 email re CCRX1DUR<br>DOJ_CCPHARMACY-0012506 | | | | |
| 109. | May 4, 2016 email re New pharmacy applicant (Dustin Curry)<br>DOJ_CCPHARMACY-0012511 | | | | |
| 110. | May 4, 2016 email re new pharmacy – dustin curry – pics cont.<br>DOJ_CCPHARMACY-0012519 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 111. | May 4, 2016 email re new application<br>DOJ_CCPHARMACY-0012514 | | | | |
| 112. | May 4, 2016 email re new pharmacy applicant – Dustin Curry - pics<br>DOJ_CCPHARMACY-0012522 | | | | |
| 113. | September 14, 2016 email re Licenses<br>DOJ_CCPHARMACY-0012531 | | | | |
| 114. | May 11, 2016 email re Online Access<br>DOJ_CCPHARMACY-0012530 | | | | |
| 115. | May 4, 2016 email re New Application<br>DOJ_CCPHARMACY-0012525 | | | | |
| 116. | September 30, 2016 email re cc pharmacy: Application<br>DOJ_CCPHARMACY-0012536 | | | | |
| 117. | September 19, 2017 email re DUR Request<br>DOJ_CCPHARMACY-0012532 | | | | |
| 118. | October 20, 2016 email re CC Pharmacy 10/20/16<br>DOJ_CCPHARMACY-0012540 | | | | |
| 119. | October 4, 2016 email re cc pharmacy new location; PIC ID and License<br>DOJ_CCPHARMACY-0012538 | | | | |
| 120. | September 28, 2016 email re Dustin from CC pharmacy: DV Medical Supply (New Customer Application)<br>DOJ_CCPHARMACY-0012535 | | | | |
| 121. | November 1, 2016 email re CCRX Credit Card Issue<br>DOJ_CCPHARMACY-0012542 | | | | |
| 122. | December 5, 2016 email re CCRX#2 12/5/16 Order<br>DOJ_CCPHARMACY-0012543 | | | | |
| 123. | December 7, 2016 email re CC Pharmacy Houston<br>DOJ_CCPHARMACY-0012545 | | | | |
| 124. | April 26, 2017 email re Call<br>DOJ_CCPHARMACY-0012546 | | | | |
| 125. | October 3, 2017 email re CC Pharmacy 10/3/17 Order<br>DOJ_CCPHARMACY-0012548 | | | | |
| 126. | December 5, 2016 email re CCRX#1 12/5/16 Revised Order<br>DOJ_CCPHARMACY-0012544 | | | | |
| 127. | April 24, 2017 email re Dustin from cc pharmacy 1 & 2<br>DOJ_CCPHARMACY-012553 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 128. | July 11, 2016 email re Tracking<br>DOJ_CCPHARMACY-0012549 | | | | |
| 129. | April 26, 2017 email to Curry from DV Medical Supply<br>DOJ_CCPHARMACY-0012552 | | | | |
| 130. | November 6, 2017 email re Curry Taxes<br>DOJ_CCPHARMACY-0053204 | | | | |
| 131. | June 7, 2017 email re CC Pharmacy<br>FILTER-CCRXDIGITAL-0000050131 | | | | |
| 132. | April 19, 2016 email re Dad<br>DOJ_CCPHARMACY-0068764 | | | | |
| 133. | September 22, 2017 email re FW: CC Pharmacy2<br>DOJ_CCPHARMACY-0071734 | | | | |
| 134. | September 22, 2017 email re FW: CC Pharmacy<br>DOJ_CCPHARMACY-0071747 | | | | |
| 135. | October 12, 2017 email re CCRX 10/3/17<br>DOJ_CCPHARMACY-0072149 | | | | |
| 136. | October 23, 2017 email re CRX 10/3/17<br>DOJ_CCPHARMACY-0072152 | | | | |
| 137. | Barnes messages<br>DOJ_CCPHARMACY-0076572 | | | | |
| 138. | GEX 118 Email from Dustin Curry to Clint Carr copied dated 5-31-2016<br>DOJ_CCRXDIGITAL-0000357587 | | | | |
| 139. | DEA 6 - Interview of Dr. Ibrahim F. Ibrahim, dated October 18, 2017<br>[No Bates] | | | | |
| 140. | DEA 6 - Interview of Dr. Austin Oscar Williams, MD, dated October 23, 2017<br>DOJ_CCPHARMACY-0011827 | | | | |
| 141. | DEA 6 - Hassan Barnes Proffer Interview, dated April 4, 2019<br>DOJ_CCPHARMACY-0070972 | | | | |
| 142. | DEA 6 – Clint Carr Proffer Interview, dated July 6, 2019<br>DOJ_CCPHARMACY-0070960 | | | | |
| 143. | DEA 6 - Telephonic Interview of Megan Hanson, dated August 17, 2017<br>DOJ_CCPHARMACY-0070720 | | | | |
| 144. | DEA 6 - Proffer Interview of Lisa Jones, July 20, 2018<br>DOJ_CCPHARMACY-0053759 | | | | |
| 145. | DEA 6 - Interview of Dr. Ifran I. Wadiwala, dated September 18, 2018 | | | | |

|   |   |   |   |   |   |
|---|---|---|---|---|---|
|  | DOJ_CCPHARMACY-0053754 |  |  |  |  |
| 146. | DEA 6 - Interview of Frasiel Hughey, dated November 15, 2017<br>DOJ_CCPHARMACY-0011830 |  |  |  |  |
| 147. | DEA 6 - Telephonic Interview of Jeremy Newberry, dated August 22, 2017<br>DOJ_CCPHARMACY-0012308 |  |  |  |  |
| 148. | DEA 6 - Interview of Adam Long, dated November 22, 2017<br>[No Bates] |  |  |  |  |
| 149. | DEA 6 - Proffer Interview of Adam Long, dated May 2, 2018<br>DOJ_CCPHARMACY-0012264 |  |  |  |  |
| 150. | DEA 6 - Interview of Jeremy Newberry, dated August 15, 2017 and August 17, 2017<br>DOJ_CCPHARMACY-0012252 |  |  |  |  |
| 151. | DEA 6 - Interview of Megan Elizabeth Hanson, dated September 6, 2017<br>DOJ_CCPHARMACY0012259 |  |  |  |  |
| 152. | Letter from Don Lewis dated October 19, 2017<br>FILTER-CCRXPHYSICAL-000000056 |  |  |  |  |
| 153. | DEA 6 – Interview of Dustin Curry dated December 28, 2021<br>DOJ_CCPHARMACY-0079054 |  |  |  |  |
| 154. | DEA 6 – Interview of Jeremy Newberry dated January 6, 2022<br>DOJ_CCPHARMACY-0079064 |  |  |  |  |
| 155. | DEA 6 – Interview of Jose Sanchez on January 19, 2022<br>DOJ_CCPHARMACY-0079067 |  |  |  |  |
| 156. | DEA 6 – Interview of Jose Sanchez on January 12, 2022<br>DOJ_CCPHARMACY-0079071 |  |  |  |  |
| 157. | DEA 6 – Proffer Interview of Adam Long dated January 7, 2022<br>DOJ_CCPHARMACY-0079072 |  |  |  |  |
| 158. | DEA 6 – Proffer Interview of Adam Long dated January 17, 2022<br>DOJ_CCPHARMACY-0079074 |  |  |  |  |
| 159. | DEA 6 – Proffer Interview of Dustin Curry dated January 13, 2022<br>DOJ_CCPHARMACY-0079075 |  |  |  |  |
| 160. | DEA 6 – Proffer Interview of Dustin Curry dated December 17, 2021 |  |  |  |  |

|      |                                                                                                      |   |   |   |   |
|------|------------------------------------------------------------------------------------------------------|---|---|---|---|
|      | DOJ_CCPHARMACY-0079076                                                                               |   |   |   |   |
| 161. | DEA 6 – Proffer Interview of Hassan Barnes dated January 20, 2022 DOJ_CCPHARMACY-0079085             |   |   |   |   |
| 162. | DEA 6 – Proffer Interview of Lisa Jones dated January 5, 2022 DOJ_CCPHARMACY-0079086                 |   |   |   |   |
| 163. | Bravenec Lab Reports LIMS DOJ_CCPHARMACY-0079089                                                     |   |   |   |   |
| 164. | Recorded Call from August 11, 2017 Between Jose Sanchez and Hassan Barnes (GEX 513)                  |   |   |   |   |
| 165. | The PHARMA Compliance Group (Auburn) Retail Pharmacy On-Site Questionnaire dated 3-21-2017 DOJ_CCPHARMACY-0012438 |   |   |   |   |
| 166. | The PHARMA Compliance Group Compliance Evaluation Report dated 3-21-2017 DOJ_CCPHARMACY-0012554      |   |   |   |   |
| 167. | Adam Long Plea Agreement DOJ_CCPHARMACY-0072507                                                      |   |   |   |   |
| 168. | Hassan Barnes Plea Agreement [No Bates]                                                              |   |   |   |   |
| 169. | Lisa Jones Plea Agreement DOJ_CCPHARMACY-0072535                                                     |   |   |   |   |
| 170. | Adam Long Proffer Agreement [No Bates]                                                               |   |   |   |   |
| 171. | Lisa Jones Proffer Agreement [No Bates]                                                              |   |   |   |   |
| 172. | Hassan Barnes Proffer Agreement [No Bates]                                                           |   |   |   |   |
| 173. | Text Messages between Gim and Curry 10/12/16                                                         |   | ✓ |   | 3/7/22 |

Respectfully submitted,

GREGOR | WYNNE | ARNEY, PLLC

By: */s/ Michael J. Wynne*
    Michael J. Wynne
    Attorney at Law
    Texas State Bar No. 00785289
    Jim Turner
    Texas State Bar No. 20316950
    909 Fannin Street, Suite 3800
    Houston, TX 77010
    Telephone: (281) 450-7403
    mwynne@gcfirm.com
    jtuner@gcfirm.com

and

HUGHES ARRELL KINCHEN LLP

By: */s/ John B. Kinchen*
    John Kinchen
    Federal ID No. 18184
    Texas Bar No. 00791027
    jkinchen@hakllp.com
1221 McKinney, Suite 3150
Houston, Texas 77010
Telephone: 713.403.2064
Facsimile: 713.568.1747

**COUNSEL FOR DEFENDANT CLINT CARR**

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of this document was served upon counsel of record on this 1st day of March 2022.

                                By: */s/ John Kinchen*
                                    John Kinchen