IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Plaintiff, | § | |
| United States of America | § | CASE NO. 18-CR-339 |
| v. | § | |
| Clint* Carr | § | |
| Defendant. | § | |

### ORDER

### JURY NOTE NO. 1

We have reached a verdict.

Date: 3-7-2022

Foreperson

### COURT'S RESPONSE

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE