IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Plaintiff,
United States of America

v.

Clint* Carr

Defendant.

CASE NO. 18-CR-339

## ORDER

### JURY NOTE NO. 1

We have reached a verdict.

Date: 3-7-2022

_Johnson Kresse_
Foreperson

### COURT'S RESPONSE

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE