UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| VS. | §   CRIMINAL NO. 18-CR-339 |
| | § |
| CLINT CARR | § |
| | § |
| | § |
| Defendant. | § |

**VERDICT OF THE JURY**

We the Jury unanimously find:

The defendant **CLINT CARR**

**Count 1: Controlled Substances—Conspiracy**
**(21 U.S.C. § 846)**

____✓____ Guilty          _____ Not Guilty

If you find Clint Carr "Not Guilty," please proceed to Count 2 and do not answer Jury Interrogatory 1. If you find Clint Carr "Guilty," please answer Jury Interrogatory 1 and then proceed to Count 2.

Jury Interrogatory 1: Do you unanimously find that the government proved beyond a reasonable doubt that the mixture or substance(s) contained the following? *(check all that apply)*

____✓____ Oxycodone
____✓____ Hydrocodone

29

**Count 2: Unlawfully Distributing or Dispensing Oxycodone to Lisa Jones aka "Rita Miller" on or about August 15, 2017**
**(21 U.S.C. § 841 & 18 U.S.C. § 2)**

    ✓ Guilty         ____ Not Guilty

**Count 3: Unlawfully Distributing or Dispensing Oxycodone to Lisa Jones aka "Rita Miller" on or about August 17, 2017**
**(21 U.S.C. § 841 & 18 U.S.C. § 2)**

    ✓ Guilty         ____ Not Guilty

**Count 4: Unlawfully Distributing or Dispensing Controlled Substances to Darius Tyler aka "Derek Wilson" on or about July 26, 2017**
**(21 U.S.C. § 841 & 18 U.S.C. § 2)**

    ✓ Guilty         ____ Not Guilty

If you find Clint Carr "Not Guilty," do not answer Jury Interrogatory 4. If you find Clint Carr "Guilty," please answer Jury Interrogatory 4 and then proceed to Count 5.

Jury Interrogatory 4: Do you unanimously find that the government proved beyond a reasonable doubt that the mixture or substance(s) contained the following? *(check all that apply)*

    ✓ Oxycodone
    ✓ Hydrocodone

**Count 5: Unlawfully Distributing or Dispensing Controlled Substances to Darius Tyler aka "Derek Wilson" on or about August 2, 2017**
**(21 U.S.C. § 841 & 18 U.S.C. § 2)**

✓ Guilty          _____ Not Guilty

If you find Clint Carr "Not Guilty," do not answer Jury Interrogatory 5. If you find Clint Carr "Guilty," please answer Jury Interrogatory 5 and then proceed to Count 5.

Jury Interrogatory 5: Do you unanimously find that the government proved beyond a reasonable doubt that the mixture or substance(s) contained the following? *(check all that apply)*

✓ Oxycodone
✓ Hydrocodone

**Count 6: Money Laundering—Conspiracy**
**(18 U.S.C. § 1956(h))**

✓ Guilty          _____ Not Guilty

**Count 7: Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity on or about February 24, 2017 (Down Payment to Russell & Smith Ford)**
**(18 U.S.C. § 1957 & 18 U.S.C. § 2)**

✓ Guilty          _____ Not Guilty

**Count 8: Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity on or about March 17, 2017 (Down Payment to Sterling McCall Ford)**
**(18 U.S.C. § 1957 & 18 U.S.C. § 2)**

✓ Guilty          _____ Not Guilty

*[Signature]*
Foreperson

3-7-2022

31