United States District Court
Southern District of Texas
**ENTERED**
March 08, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| versus § | CRIMINAL H-4:18-cr-339 (2) |
| § | |
| CLINIT CARR § | |

Order for Presentence Investigation and
Disclosure & Sentencing Dates

The defendant having been found guilty on count(s) 1,2,3,4,5,6,7 and 8 a presentence report is ordered.

1. By April 18, 2022, the initial presentence report must be disclosed to counsel (*about 35 days after determination of guilt*).

2. By May 2, 2022, counsel must object in writing to the facts used and application of the guidelines or state that there is no objection (*14 days after disclosure*).

3. By May 16, 2022, the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues (*14 days after disclosure*).

4. Sentencing is set for **May 27, 2022** . at **2:00** p.m. (*no sooner than 35 days from initial disclosure*).

5. For counsel to attend interviews with the defendant, counsel must tell the United States Probation Officer immediately; within 5 days, counsel must supplement that oral request with one in writing.

6. A defendant who is on bond must go immediately—with a copy of this order—to:

United States Probation Department
Room 2301, 515 Rusk Avenue, Houston
Telephone: (713) 250-5266

If you get this order after 5:00 p.m., report to the Probation Department no later than 10:00 a.m. on the next workday.

Signed: March 7, 2022.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:  United States Probation
         AUSA : Devon Helfmeyer / Courtney Chester
         Defense Counsel:  Michael Wynne / John Kinchen - Retained
         Defendant is    ☐ on bond    ☐ in custody.