IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CRIMINAL ACTION H-18-339 |
| | § | |
| CLINT CARR        (2) | § | |
| | § | |
| *Defendant.* | § | |

**CERTIFICATION OF WITHDRAWAL OF TRIAL EXHIBITS**

By signing below, I acknowledge that I have withdrawn the following exhibits:

_____

_____
See Attached Exhibit List

_____

_____

_____

**NOTE TO PARTIES: Upon filing of any post-trial Notice of Appeal, all parties must immediately electronically file <u>in this district court action</u> all admitted exhibits for certification and transmittal to the 5th Circuit Court of Appeals or other court of review.**

Date: 3/7/22

Devon Helfmeyer / Courtney Chester
United States Attorney's Office