CR. NO. H- 18-cr-339-2       Date: March 8, 2022

JUDGE **SIM LAKE**
CASE MANAGER SHEILA ANDERSON       RPTR/TAPE K. Miller
LAW CLERK J. West       INTERPRETER

TIME ___/___ A.M.   1:00 P.M. / 1:10 P.M.       DATE March 8, 2022
     begin  end      begin       end

CR. NO. H- 18-00339-2

UNITED STATES OF AMERICA       § S. Helfmeyer, C. Chester
vs.                            §
                               §
Deft. No.   Deft. Name          §
2   Clint Carr                  §   M. Wynne        ___ CJA
_____                     §   _____ ___ CJA
_____                     §   _____ ___ CJA
_____                     §   _____ ___ CJA
_____                     §   _____ ___ CJA
_____                     §   _____ ___ CJA

**HEARING**

✓   Hearing held on Defendant's motion for bond pending sentencing
___  **Evidence presented** (exhibits admitted or testimony given) on:_____

___  All motions not expressly decided are denied without prejudice to being reurged.
___  Jury trial set _____ at _____.
___  Deft 2 bond (set)/reduced to $ 250k ___ Cash ✓ Surety ✓ 10% ___ PR.
___  Deft ___ failed to appear, bench warrant to issue.
___  Deft ___ bond ___ continued ___ forfeited.
___  Deft ___ remanded to custody.

OTHER RULINGS _____

Page 1 of 1