United States District Court
Southern District of Texas
**ENTERED**
March 08, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiffs,<br><br>v.<br><br>CLINT CARR<br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Criminal No. 18-CR-339<br><br>SIM LAKE<br>District Judge<br><br>Sheila Anderson    Lanie Smith<br>Case Manager    Court Reporter<br><br>Jury Trial<br>Proceeding |

### ORDER ON DEFENDANT CLINT CARR'S MOTION FOR RELEASE PENDING SENTENCING

The Court has considered Defendant Clint Carr's Motion for Release Pending Sentencing, as well as the representations of Counsel for both parties and the substantial volume of testimonial evidence presented at trial, which concluded March 7, 2022. The Court has determined that pursuant to 18 U.S.C. Section 3145(c), it has been clearly shown that there are exceptional reasons why Defendant Carr' detention pending sentencing would not be appropriate. It is accordingly ORDERED that Defendant Clint Carr shall be released pending sentencing, subject to the following conditions:

1. Participate in Home Detention, Defendant Carr is restricted to his residence at all times except for employment; education; religious services; medical; substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services officer;

2. Location monitoring technology, GPS, and comply with its requirements as directed;

3. that Defendant's parents co-sign the bond; and

4. that $250,000.00 be posted as bond, secured by both the unencumbered personal residence of Defendants' parents and their unencumbered lake house property in Montgomery County;

Signed in Houston, Texas on this 8th day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE