| | |
|---|---|
| U.S. DISTRICT JUDGE **SIM LAKE** | CLERK, U.S. DISTRICT COURT |
| CASE MANAGER  S. ANDERSON    RPTR / ~~ERO~~  D. SMITH | SOUTHERN DISTRICT OF TEXAS |
| LAW CLERK  J. WEST    USPO  J. KOPP / C. SHOTSKY | FILED |
| INTERPRETER | June 24, 2022 |
| | NATHAN OSCHNER, CLERK |

TIME  11:30  |  12:25  A.M.      |      P.M.
       begin    end               begin    end

CR. NO.  4:18-cr-633    DEFT. NO.  2

UNITED STATES OF AMERICA § Devon Helmeyer / Courtney Chester   AUSA
vs.
CLINT CARR § Michael Wynn / John Kinchen   Retained
           James Turner / Cameron Powell

## SENTENCING

☐ Defendant waived his right to appear in person and consented to appear by video
☒ Sentencing held.  ☐ Guilty plea  ☒ Guilty verdict  on  3/7/22 , Ct(s)  1 - 8 .
☐ Sentencing held **with contested issues**.
☒ SENTENCE:  240 mos BOP as to Cts 1 - 6 and 120 mos as to Cts 7 - 8 to run concurrently
for a total of 240 mos; 3 yrs SRT as to Counts 1 - 8 to run concurrently for
a total of 3 yrs; No fine; $800 Special Assessment

$100 special assessment on Count(s)  1 - 8 .

☐ **Time served**.
☒ Notice re: Decision of My Right to Appeal provided to Counsel for Defendant.
☐ Count(s) _____ dismissed on government's motion / Order to be entered.
☐ Deft ordered to surrender to U.S. Marshal on _____.
☐ Deft ordered to surrender to institution when designated.
☐ Change of plea hearing, deft withdraws plea of guilty.
☐ Jury trial set for _____ at _____.
☐ Deft bond ☐ set ☐ reduced to $ _____ ☐ Cash ☐ Surety ☐ 10% ☐ PR.
☐ Deft failed to appear, bench warrant to issue.
☐ Deft bond ☐ continued ☐ forfeited.
☐ Deft to be released from custody.
☒ Deft remanded to custody.
☒ Terminate other settings for this deft.   ☒ Terminate motions for this deft.

OTHER PROCEEDINGS:  1. Objections to PSR ruled on as stated on the record.
2. Govt's m/preliminary order of forfeiture granted.
3. Dft's m/voluntary surrender denied.