United States District Court
Southern District of Texas
**ENTERED**
June 24, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | Criminal No. 4:18-CR-339 |
| CLINT CARR | § § | |

### PRELIMINARY ORDER OF FORFEITURE

On March 7, 2022, a jury found Defendant Clint Carr guilty of Count One of the Indictment, among other charges. Count One charged the Defendant with conspiracy to unlawfully distribute and dispense controlled substances without a legitimate medical purpose and outside the course of professional practice, in violation of Title 21, United States Code, Section 846.

The United States provided notice to the Defendant in the Indictment and subsequent supplemental and amended notices of forfeiture that pursuant to Title 21, United States Code, Section 853(a), the United States would seek to forfeit all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation. The United States also provided notice that it would seek a money judgment.

The Court presided over the trial of the Defendant and has reviewed the Affidavit submitted in support of the Government's Motion for Preliminary Order of Forfeiture, as well as any additional evidence submitted by the Defendant in response. Based on the record and the evidence, the Court finds that the Defendant obtained proceeds in the amount of at least $703,327.02 from the conspiracy in Count One. In addition, pursuant to

FED.R.CRIM.P. 32.2(b)(1), the Court finds that the requisite nexus has been established by a preponderance of the evidence between the Defendant's criminal offense as charged in Count One of the Indictment and the property listed in paragraph 2 of this Preliminary Order of Forfeiture.

Having considered United States' opposed motion, any response, the record, and the applicable law, the Court ORDERS as follows:

1. Defendant Clint Carr shall forfeit $703,327.02 to the United States, and a personal money judgment is hereby awarded in favor of the United States and against the Defendant in the same amount.

2. The property listed below (with asset numbering as in the Indictment) is forfeited to the United States:

    a. $4,524.50 seized from a CC Pharmacy 2 account at Bank of America with an account number ending in 1898;

    b. $10,370.98 seized from a Clint Carr account at JP Morgan Chase Bank with an account number ending in 2862; and

    g. $30,621.77 seized from a financial account held as "CC Pharm" at Northwestern Mutual.

3. The Defendant shall receive a credit against the money judgment amount upon final forfeiture of the property held in his name and listed as asset (b) in paragraph 2.

4. The United States shall publish notice of this Preliminary Order of Forfeiture and, to the extent practicable, shall provide written notice to any person who reasonably appears to be a potential claimant with standing to claim an interest in the forfeited assets. Any person, other than a defendant, asserting a legal interest in the property

may, within thirty days of the final publication of notice or receipt of notice, whichever is earlier, petition the court for a hearing without a jury to adjudicate the validity of his/her alleged interest in the property, within such time and in the manner provided by Title 21, United States Code, Section 853(n).

This Preliminary Order of Forfeiture will become final as to the Defendant at sentencing and will be made part of the Defendant's sentence and included in the judgment against him.

Signed in Houston, Texas, on the 24th day of  June  2022.

_____
Sim Lake
Senior United States District Judge